IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV519

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| REX VENTURES GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on its own motion.  Magistrate Judge David Keesler is hereby assigned to this case to assist the Court in any matter involving the receivership.
IT IS SO ORDERED.

Signed: August 22, 2012

Graham C. Mullen
United States District Judge