IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:12-CV-519

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REX VENTURES GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>　　　　　　Defendants. | ORDER |

THIS MATTER is before the Court on its own Motion. On August 17, 2012, this Court entered an Order appointing a temporary receiver and freezing assets of Defendant Rex Venture Group, LLC. Paragraph 53 of that Order required the Receiver to file a preliminary Liquidation Plan on October 1, 2012. The undersigned will not be available to receive and review the preliminary liquidation plan on October 1, 2012. Accordingly, **IT IS HEREBY ORDERED** that the Receiver shall file the preliminary Liquidation Plan on **October 8, 2012**.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　Signed: September 14, 2012

　　　　　　　　　　　　　　　　　　　　Graham C. Mullen
　　　　　　　　　　　　　　　　　　　　United States District Judge