UNITED STATES DISTRIC COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:12-cv-519

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>REX VENTURES GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>Defendants. | **SWORN STATEMENT OF RECEIVERSHIP DEFENDANT REX VENTURE GROUP LLC d/b/a ZEEKREWARDS.COM** |

I, Paul Burks, hereby swear that the attached list of information in response to Paragraph 9 of the Agreed Order Appointing Temporary Receiver and Freezing Assets of Defendant Rex Venture Group, LLC is true and accurate to the best of my knowledge and belief.

This 17th day of September, 2012.

_____
PAUL BURKS