CASH, REAL PROPERTY & OTHER RECEIVERSHIP PROPERTY

| CASH | | | |
|---|---|---|---|
| **Institution** | **Account Number/Username** | **Estimated Balance** | **As of** |
| Bancorp/Planet Payment | xxxx-6352 | $19,601,664.00 | 08/16/12 |
| Bank of America | xxxx-1929 | $10,000,000.00 | 08/16/12 |
| BB&T | xxxx-0186 | $0.00 | 07/31/12 |
| BB&T[1] | | $5,000,000.00 | 09/12/12 |
| Charles Schwab | xxxx-9370 | $14,980,773.67 | 08/17/12 |
| Citizens Bank (NY) | xxxx-5370 | $0.00 | 07/31/12 |
| Edward Jones | xxxx-5310 | $1,007,786.14 | 07/27/12 |
| First Premier Bank | xxxx-7717 | $30,933,089.10 | 08/21/12 |
| First Premier Bank | xxxx-7709 | $90.00 | 08/21/12 |
| First Premier Bank[2] | xxxx-9825 | $284,602.87 | 08/21/12 |
| First Premier Bank[3] | xxxx-7687 | $902,550.42 | 08/21/12 |
| NewBridge Bank | xxxx-3984 | $11,645,207.36 | 08/20/12 |
| NxSystems (Four Oaks Bank & Trust) | xxxx-0119 | $14,424,178.65 | 08/17/12 |
| Payza/AlertPay | rexventuregroup@gmail.com | $20,765,224.00 | 08/16/12 |
| Preferred Merchants Solutions, LLC[4] | Rex Venture Group, LLC | *See* 3:12-cv-5190 [Doc. 23] | 08/06/12 |
| SolidTrustPay | zeekrewards | $20,000,000.00 | 08/16/12 |
| Undeposited Money Orders | | in possession of the Receiver | 08/16/12 |

---

[1] There is $5,000,000 in checks made payable from BB&T to Rex Ventures Group in possession of the Receiver.
[2] Western Clearing Corporation was used as a payment processor for First Premier Bank.
[3] Western Clearing Corporation was used as a payment processor for First Premier Bank.
[4] GTI, Inc. of Fort Walton Beach, FL was used as a payment processor for Preferred Merchants.

1

| REAL PROPERTY | | |
|---|---|---|
| **Description** | **Location** | **Tax Value** |
| Corporate Headquarters | 803 W. Center St., Lexington, NC 27295 | $213,610.00 |
| Warehouse[5] | 4095 Old Salisbury Rd., Lexington, NC 27295 | $754,890.00 |

| OTHER PROPERTY | | | |
|---|---|---|---|
| **Description** | **Location** | **Tax Value** | **As of** |
| Office Equipment (e.g., computers, fax machines, etc.) | Corporate Headquarters (803 W. Center St., Lexington, NC 27295) | in control of receiver | 9/17/2012 |
| Office Furnishings | Corporate Headquarters (803 W. Center St., Lexington, NC 27295) | in control of receiver | 9/17/2012 |

| MISCELLANEOUS | | | |
|---|---|---|---|
| **Description** | **Location** | **Tax Value** | **As of** |
| Legal Fees | Tin Fulton Walker & Owen (301 E. Park Ave, Charlotte, NC 28203) | Retainer held in trust | 9/17/2012 |
| Legal Fees | Simpson Thacher & Bartlett (1155 F St NW # 1200, Washington, DC 20004) | Retainer held in trust | 9/17/2012 |

---

[5] Larry Snow is currently renting a portion of this office building for a coin-operated Laundromat.

EMPLOYEES, OTHER PERSONNEL, ATTORNEYS, ACCOUNTANTS & OTHER AGENTS/CONTRACTORS

| Last Name | First Name | Title |
|---|---|---|
| Ambassador's Business & Tax Services | | Accountant |
| Burks | Paul R. | Owner/Managing Partner |
| Burks | Susan W. | Shipping Clerk |
| Caldwell | Greg | Compliance Consultant |
| Calvo | George | Accountant |
| Clement | Lori Beck | Payroll Consultant |
| deBrantes | Alex | Internet Analyst and Customer Support |
| Douglas | Darryle | Conference Call Host |
| Edwards | Yasmine | Customer Support |
| England | Michael | Processing |
| Fiebernitz | Angie | Controller |
| Fletcher | Lynn O. | Clerical Check Processor |
| Gilliatt | Wendy T. | Secretary |
| Grimes | Kevin | Attorney |
| Johnson | Jerry | Call Center Manager |
| Kaneski | David | Processing |
| Kilby | Kenneth | Compliance Manager |
| Laggos | Keith | MLM Consultant |
| Miller | Jean | Customer Support |
| Minglis | Peter | Marketing Consultant |
| Molinari | Chris | Conference Call Hostess |
| Morrice | John | Attorney |

| | | |
|---|---|---|
| Mujica | Alberto | Internet Dynamo, Inc. Owner |
| Olivares | Danny C. | Head Programmer |
| Pleasant | Melinda | Processing |
| Plyler | Roger | Manager- Affiliate Services |
| Potts | Dama | Executive Assistant |
| Potts | Kristen T. | Check Processor |
| Simpson Thacher & Bartlett | | Law Firm |
| Sink | Rebecca | Sales Fulfillment |
| Tin Fulton Walker & Owen, PLLC | | Law Firm |
| Waak | Richard W. | Attorney |
| Walker | Kevin | Accountant |
| Watts | Homer | NC Licensed Auctioneer |
| Worley | Chris D. | Programmer |
| Wright-Olivares | Dawn M. | Chief Marketing Officer |
| | Gina | Fulfillment |
| | Amanda | Receptionist |
| | Lisa | Receptionist |

4

## KNOWN CREDITORS

| Creditor Name | Address | Amount | Notes |
|---|---|---|---|
| Best Disposal Service | 1123 Roy Lopp Road Lexington, NC 27292 | ~$120/mo. | month-to-month agreement; dumpster service |
| City of Lexington | 28 W. Center St., Lexington, NC 27292 | | monthly payment on invoice; electric & gas bills for warehouse, call center & corporate headquarters; water bills for call center, & corporate headquarters |
| Climate Controlled Mini Storage[6] | 208 Market St., Lexington, NC 27292 | ~$300 | month-to-month rental agreement for two storage units |
| David Biesecker | c/o Lexington Mower Service, 555 Central Ave., Lexington, NC 27292 | $800.00/mo. | rent payment (2-year lease) for customer service support center (121 W. Center St. Lexington, NC 27292) |
| Davidson Water Company | PO Box 969, Welcome, NC 27374 | | monthly payment on invoice; water bill for warehouse |
| Internet Dynamo, Inc. | 16275 S.W. 88th St. #136, Miami, FL 33196 | | monthly payment on invoice; server |
| Nevada Corporate Planners, Inc. | 7477 W. Lake Mead Blvd. Ste. 170, Las Vegas, NC 89128 | $1000/yr. | year-to-year rental agreement; no signed lease |
| Time Warner Business Class | http://www.twcbc.com/Carolinas | ~$800-$900/mo. | multi-year contract; telephone, Internet and cable services |

---

[6] Neither unit contains Rex Ventures Group property.