IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:12-CV-519

| SECURITIES AND EXCHANGE COMMISSION, | § § § |  |
|---|---|---|
| Plaintiff, | § § § |  |
| vs. | § § | NOTICE OF APPEARANCE |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL R. BURKS, | § § § § § |  |
| Defendants. | § |  |

Please take notice that the undersigned, Rodney E Alexander, is appearing in this matter as local counsel for Fun Club USA, Inc and other entities whose assets were seized in connection with the above-referenced matter.

Please take further notice that Michael J. Quilling with the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas 75201, is appearing as Of Counsel. The undersigned will be filing an application for the admission *pro hac vice* of Mr. Quilling.

Respectfully submitted,

**ALEXANDER RICKS PLLC**

/s/ Rodney E. Alexander
N.C. Bar Number 23615
2901 Coltsgate Rd., Suite 202
Charlotte, NC 28211
Main: (704) 365-3656
Direct: (704) 365-3614
Fax: (704) 365-3676
E-mail: Rodney@AlexanderRicks.com

**ATTORNEYS FOR FUN CLUB USA, INC.**

**OF COUNSEL** (pending *pro hac vice* admission)

Michael J. Quilling
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 – Office
(214) 871-2111 – Facsimile
mquilling@qslwm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will electronically serve the referenced document on the parties' counsel who are registered CM/ECF users, including:

| | |
|---|---|
| John J. Bowers | Noell P. Tin |
| Stephen L. Cohen | Tin Fulton Walker & Owen PLLC |
| J. Lee Buck, II | 301 East Park Avenue |
| Brian M. Privor | Charlotte, NC  28203 |
| Alfred C. Tierney | |
| U.S. Securities and Exchange Commission | |
| 100 F Street, N.E. | |
| Washington, D.C.  20549 | |

Kenneth D. Bell
McGuire Woods LLP
201 North Tryon Street
P. O. Box 31247
Charlotte, NC  28231

                                            /s/ Rodney E. Alexander
                                            Rodney E. Alexander