**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**Civil Action No.: 3:12-CV-519**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| vs. | § § § | **CORPORATE DISCLOSURE STATEMENT OF FUN CLUB USA, INC.** |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL R. BURKS, | § § § § | |
| Defendants. | § § | |

Fun Club USA, Inc. ("Fun Club") makes the following disclosure:

1. Fun Club is not a publicly held corporation or other publicly held entity.

2. Fun Club does not have any parent corporations.

3. None of Fun Club's shares of stock is owned by a publicly held corporation or other publicly held entity.

4. There is no publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation through or on behalf of Fun Club.

Respectfully submitted,

**ALEXANDER RICKS PLLC**

/s/ Rodney E. Alexander
N.C. Bar Number 23615

2901 Coltsgate Rd., Suite 202
Charlotte, NC 28211

Main: (704) 365-3656
Direct: (704) 365-3614
Fax: (704) 365-3676
E-mail: Rodney@AlexanderRicks.com

**ATTORNEYS FOR FUN CLUB USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will electronically serve the referenced document on the parties' counsel who are registered CM/ECF users, including:

John J. Bowers
Stephen L. Cohen
J. Lee Buck, II
Brian M. Privor
Alfred C. Tierney
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549

Kenneth D. Bell
McGuire Woods LLP
201 North Tryon Street
P. O. Box 31247
Charlotte, NC  28231

Noell P. Tin
Tin Fulton Walker & Owen PLLC
301 East Park Avenue
Charlotte, NC  28203

/s/ Rodney E. Alexander
Rodney E. Alexander