IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:12-CV-519

| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
|---|---|---|
| Plaintiff, | § § § | |
| vs. | § § § | **APPLICATION OF MICHAEL J. QUILLING FOR ADMISSION TO PRACTICE PRO HAC VICE** |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL R. BURKS, | § § § § | |
| Defendants. | § | |

I, Rodney E. Alexander, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the *pro hac vice* admission of the following attorney:

FULL NAME: Michael J. Quilling

BUSINESS ADDRESS (include firm name):

Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 – Office
(214) 871-2111 – Facsimile
mquilling@qslwm.com

This attorney will be representing Fun Club USA, Inc. and other entities whose assets were seized in connection with the above-referenced matter.

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.

- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.

- The proposed admittee is a member in good standing of the following bars:

    o   The State Bar of Texas, (No. 16432300)
    o   United States District Court for the Northern District of Texas;
    o   United States District Court for the Eastern District of Texas;
    o   United States District Court for the Southern District of Texas;
    o   United States District Court for the Western District of Texas;
    o   United States District Court for the Western District of Michigan;
    o   Fifth Circuit Court of Appeals;
    o   Seventh Circuit Court of Appeals;
    o   Ninth Circuit Court of Appeals;
    o   Eleventh Circuit Court of Appeals; and
    o   United States Supreme Court.

- The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.

- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.

- The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.

Respectfully submitted,

**ALEXANDER RICKS PLLC**

/s/ Rodney E. Alexander
N.C. Bar Number 23615

2901 Coltsgate Rd., Suite 202
Charlotte, NC 28211

Main:  (704) 365-3656
Direct: (704) 365-3614
Fax:    (704) 365-3676
E-mail:  Rodney@AlexanderRicks.com

**ATTORNEYS FOR FUN CLUB USA, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will electronically serve the referenced document on the parties' counsel who are registered CM/ECF users, including:

| | |
|---|---|
| John J. Bowers | Noell P. Tin |
| Stephen L. Cohen | Tin Fulton Walker & Owen PLLC |
| J. Lee Buck, II | 301 East Park Avenue |
| Brian M. Privor | Charlotte, NC  28203 |
| Alfred C. Tierney | |
| U.S. Securities and Exchange Commission | |
| 100 F Street, N.E. | |
| Washington, D.C.  20549 | |

Kenneth D. Bell
McGuire Woods LLP
201 North Tryon Street
P. O. Box 31247
Charlotte, NC  28231

/s/ Rodney E. Alexander
Rodney E. Alexander