IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-519-GCM

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　Plaintiff,<br>v.<br>REX VENTURES GROUP, LLC, *et al,*<br>　　　　　　　　Defendants. | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **JEREMY D. FREEMAN**, filed September 25, 2012 [doc.#48].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Freeman is admitted to appear before this court *pro hac vice* on behalf of the Receiver for Rex Ventures Group.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　Signed: September 26, 2012

　　　　　　　　　　　　　　　　　　Graham C. Mullen
　　　　　　　　　　　　　　　　　　United States District Judge