
RECEIVED
CHARLOTTE, NC
OCT 29 2012
Clerk, U.S. Dist. Court
W. Dist. of N.C.

MARIA AIDE GOMEZ
920 NORTH RD 32
PASCO WA 99301

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> REX VENTURE GROUP, LLC d/b/a/ ZEEKREWARDS.COM, and PAUL R. BURKS, <br><br> Defendants,. | CIVIL ACTION <br> NO. 3:12cv519 <br><br> DECLARATION OF MARIA AIDE GOMEZ & INTERVENTION OF RIGHT & ATTACHED EXHIBITS & MONEYS/ DEFRAUDED BY REX VENTIRE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL R. BURKS, |

### 1. DECLARATION

**COMES NOW**, Maria Aide Gomez, victim in the above said matter. And makes, this declaration supported by "attached exhibits, as to moneys, 'defrauded by Rex Venture Group, LLC d/b/a Zeekrewards.Com, and Paul R. Burks, hereby seeks,

Page - 1

intervention of right. In Civil Action by the Securities And Exchange Commission.

I declare: that. On May 5th 2012. I Maria Aide Gomez, issued the following money orders, to Rex Venture Group, LLC. In the amount of $5,000.00 dollars, **See Attached Exhibit A:** each money order is Numbered in the following with the last { 4 digits, # 7864, 7853, 7820, 7831, and the last money order number un-known due to poor copy.

Further, I sent the following " Money Orders, through the U.S. Postal Service Certified Mail Receipt, Under Cert" No. 7011 2000 0002 7186 8124. **See Attached Exhibit B:.**

The Conformation of the "Money Orders, were from the US Post Office. In Pasco Washington. On May 14th 2012 **See Attached Exhibit C:** transaction amounts and " Verification and listings, of all Sales, Receipts,. With date stamps, from US Postal Office.

Additionally when the " Money Orders were sent to Rex Venture Group LLC. There was never any responses, from the company nor was there any letters, or correspondences, from Rex Venture Group LLC.

What was promised through this particular " Scheme while a person convinced me to invest was that the initial moneys, of $5,000.00 dollars, would grow from May, June , & July, 2012 to a total of $17,000.00 dollars,.

**Page - 2**

I had the " Option of removing $8,000.00 dollars, as soon as July 2012 arrived. Also if I left may money in this " Scheme from August, September, & October 2012. That my money would double to a total of $34,000.00 dollars, of course. I had to do weekly advertisements in order to get the daily payout as to the percentage of the Retail Profit Pool. In order to see my money grow.

I also like to explain to the court that. I had to pay $100.00 dollars, per-month in order to stay as member in Rex Venture Group, LLC. I spent an additional $300.00 dollars, from May, June, & July 2012. Apart from other costs, such as certified mailing and money orders,.

In conclusion, I like to explain to the court that. I have been a " Victim of Fraud and deception from. REX VENTURE FROUP, LLC. D/B/A Zeekrewards.Com, and Paul R. Burks, this company defrauded many individuals, in making them believe that they would get a return on there moneys, when in fact it was not true.

The "Scheme has caused me great harm and distressed and at the same-time. I am out all the **moneys,** that. I paid into this deception by Paul R. Burks, the only ones, who made a profit and large return in this fraud was Paul R. Burks,. I am seeking from the court and order that establish or judgment that orders, Paul R. Burks, or Rex Venture Group,

**Page - 3**

LLC d/b/a Zeekrewards.Com. To pay all my moneys, back to me which. I was have been defrauded, and " Grant such other relief as the Court may determine to be just and necessary as a victim in this case.

DATED THIS 24 DAY OF OCTOBER 2012

I CERTIFY UNDER PEANLTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT

X _____
Maria Aide Gomez

## USPS Money Order Receipts

**Receipt 1:**
- Serial Number: 19010447864
- Pay to: Rex Venture Group LLC Account
- Address: 803 W Center St, Lexington NC 27292
- Date: 2012-05-14
- Post Office: 993021
- Amount: $1000.00
- Clerk: 0012

**Receipt 2:**
- Serial Number: 19010447853
- Pay to: Rex Venture Group LLC Account
- Address: 803 W. Center St, Lexington NC 27292
- Date: 2012-05-14
- Post Office: 993021
- Amount: $1000.00
- Clerk: 0012

**Receipt 3:**
- Serial Number: 19010447820
- Pay to: Rex Venture Group LLC Account
- Address: 803 W Center St, Lexington, NC 27292
- Date: 2012-05-14
- Post Office: 993021
- Amount: $1000.00
- Clerk: 0012

**Receipt 4:**
- Serial Number: 19010447831
- Pay to: Rex Venture Group LLC Account
- Address: 803 W Center St, Lexington, NC 27292
- Date: 2012-05-14
- Post Office: 993021
- Amount: $1000.00
- Clerk: 0012

**Receipt 5:**
- Pay to: Rex Venture Group LLC Account
- Address: 803 W Center St, Lexington, NC 27292

EXHIBIT A:

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

Rex Venture Group LLC (rent)
803 W Center St
Lexington NC, 27292

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7011 2000 0002 7186 8124

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT B:



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

Maria Aidee Gomez
1920 N. Rd 32
Pasco WA, 99301

EXHIBIT B:



## Receipt 1

```
              PASCO MPO
          PASCO, Washington
              993019998
           5480520302 -0099
05/14/2012   (000)000-0000    03:46:32 PM
```

| Product Description | Sales Receipt Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| LEXINGTON NC 27292 Zone-8 Priority Mail 0.50 oz. Expected Delivery: Thu 05/17/12 | | | $6.30 |
| Return Rcpt (Green Card) | | | $2.35 |
| Certified. | | | $2.95 |
| Label #: 70112000000271868124 | | | |
| Issue PVI: | | | $11.60 |
| Total: | | | $11.60 |

Paid by:
Cash                                $20.00
Change Due:                         -$8.40

BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Get your mail when and where you want it with a secure Post Office Box. Sign-up for a box online at usps.com/poboxes.

Bill#: 1000100263994
Clerk: 10

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS

Customer Copy

## Receipt 2

```
              PASCO MPO
          PASCO, Washington
              993019998
           5480520302 -0096
05/14/2012   (000)000-0000    03:26:40 PM
```

| Product Description | Sales Receipt Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| Dom. Money Order 19010447842 | | | $1,000.00 |
| Domestic Money Order Fee | | | $1.55 |
| Subtotal: | | | $1,001.55 |
| Dom. Money Order 19010447853 | | | $1,000.00 |
| Domestic Money Order Fee | | | $1.55 |
| Subtotal: | | | $1,001.55 |
| Total: | | | $2,003.10 |

Paid by:
Cash                              $2,005.00
Change Due:                          -$1.90

BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.

Bill#: 1000401484968
Clerk: 12

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS

Customer Copy

EXHIBIT C:

## Receipt 1

```
              PASCO MPO
           PASCO, Washington
              993019998
            5480520302 -0096
05/14/2012   (000)000-0000      03:25:04 PM

─────────────  Sales Receipt  ─────────────
Product         Sale   Unit        Final
Description      Qty   Price       Price

Dom. Money Order 19010447820   $1,000.00
Domestic Money Order Fee           $1.55
               Subtotal:       $1,001.55
Dom. Money Order 19010447831   $1,000.00
Domestic Money Order Fee           $1.55
               Subtotal:       $1,001.55
Dom. Money Order                     Void
Domestic Money Order Fee             Void
               Subtotal:             Void

Total:                         $2,003.10

Paid by:
Cash                           $2,005.00
Change Due:                       -$1.90
```

BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.

Bill#: 1000401484950
Clerk: 12

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE



YOUR OPINION COUNTS

Customer Copy

## Receipt 2

```
              PASCO MPO
           PASCO, Washington
              993019998
            5480520302 -0096
05/14/2012   (000)000-0000      03:27:56 PM

─────────────  Sales Receipt  ─────────────
Product         Sale   Unit        Final
Description      Qty   Price       Price

Dom. Money Order 19010447864   $1,000.00
Domestic Money Order Fee           $1.55
               Subtotal:       $1,001.55

Total:                         $1,001.55

Paid by:
Cash                           $1,001.55
```

BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.

Bill#: 1000401484984
Clerk: 12

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS

Customer Copy

EXHIBIT C: