IN THE UNITES STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

REX VENTURES GROUP, LLC
d/b/a ZEEKREWARDS.COM, and
PAUL BURKS,

    Defendants.

Civil Action No. 3:12 cv 519

## ORDER

Upon consideration of the Receiver's Motion to Treat Preliminary Liquidation Plan as First Quarterly Status Report, filed October 30, 2012, and for good cause shown,

**IT IS ORDERED, ADJUDGED AND DECREED** that:

1. The Receiver's Motion is **GRANTED**.

2. The Receiver's Preliminary Liquidation Plan (DE No. 51) shall be treated as the First Quarterly Status Report required by the Agreed Order Appointing Temporary Receiver And Freezing Assets of Defendant Rex Venture Group, LLC (DE No. 4), and no additional Quarterly Status Report need be filed at this time.

3. The next Quarterly Status Report shall be filed within thirty days of December 31, 2012, the end of the current quarter.

**IT IS SO ORDERED** this 1 day of November, 2012.

Graham C. Mullen
United States District Judge