IN THE UNITES STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

REX VENTURES GROUP, LLC
d/b/a ZEEKREWARDS.COM, and
PAUL BURKS,

    Defendants.

Civil Action No. 3:12 cv 519

**ORDER ALLOWING RECEIVER'S MOTION TO FILE
RECORDS UNDER SEAL**

**WHEREAS**, THIS MATTER HAS COME BEFORE THIS Court upon motion of the Receiver Kenneth D. Bell, Esq., (the "Receiver") seeking authorization to file certain records under seal, particularly Exhibits G and H to the Receiver's First Interim Application for Fees and Expenses by the Receiver and His Advisors.

**WHEREAS**, based on the record in these proceedings, the Court grants authorization to file these records under seal and that filing these records under seal is necessary and essential to enable the Receiver to execute faithfully his duties herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**; and
2. The Receiver shall be allowed to file his time records and the records of McGuireWoods LLP and FTI Consulting under seal.

DATED this 19 day of November, 2012.

BY THE COURT:

*Graham C. Mullen*
The Honorable Graham C. Mullen
United States District Judge