IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-519-GCM

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>Plaintiff, )<br>v. )<br>)<br>REX VENTURES GROUP, LLC d/b/a )<br>ZEEKREWARDS.COM and )<br>PAUL R. BURKS, )<br>Defendant. )<br>) | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **AMIT SONDHI**, filed December 14, 2012 [doc.# 83].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Sondhi is admitted to appear before this court *pro hac vice* on behalf of defendants Trudy Gilmond and Kellie King.

**IT IS SO ORDERED.**

Signed: January 2, 2013

Graham C. Mullen
United States District Judge