IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:12 cv 519

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>    Defendants. | ORDER |

THIS MATTER is before the Court upon non-party Nathaniel Woods' Motion of Non-Party to Quash Subpoena (Doc. No. 73). After reviewing the parties' pleadings, and it appearing to the Court that the subpoena with which this motion is concerned has been re-issued through different procedures and requiring a different scope of documents to be produced, the Court will deny the motion as moot.

IT IS, THEREFORE, ORDERED that the Motion of Non-Party to Quash Subpoena is DENIED as MOOT.

Date: 16 January, 2013

Honorable Graham C. Mullen
United States District Judge