IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV519

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| REX VENTURES GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | ) ) ) ) | |
| Defendants. | ) ) ) | |

This matter is before the Court upon consideration of the Second Interim Application for Fees and Expenses by the Receiver and his Advisors, filed February 28, 2013 (Dkt. No. 132). For good cause shown, IT IS THEREFORE ORDERED that:

1. The Receiver's Application is GRANTED.
2. The Receiver and McGuireWoods LLP shall be awarded an allowance of $907,617.21 for legal services rendered during the Compensation Period set forth in the Application, and $76,048.42 for the reimbursement of expenses incurred during the same period.
3. FTI Consulting, Inc. shall be awarded an allowance of $617,816.50 for services rendered during the Compensation Period, and $1,549.42 for the reimbursement of expenses incurred during the same period.
4. The Receivership Estate IS HEREBY AUTHORIZED to immediately pay such amounts and reimburse McGuireWoods LLP and FTI Consulting, Inc. for approved expenses.

Signed: March 18, 2013

Graham C. Mullen
United States District Judge