IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-519-GCM

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) v. ) ) REX VENTURE GROUP, LLC ) d/b/a ZEEKREWARDS.COM, and ) PAUL BURKS, ) ) Defendants. ) ) | **ORDER GRANTING ADMISSION** *PRO HAC VICE* |

**THIS MATTER IS BEFORE THE COURT** on the Application for Admission to Practice

*Pro Hac Vice* concerning Shawn R. Fox, filed March 27, 2013.

Upon review and consideration of the Application for Admission, which was accompanied

by submission of the necessary fee, the court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Fox is admitted to appear before this court *pro*

*hac vice* on behalf of the receivership.

**IT IS SO ORDERED**.

Signed: March 29, 2013

Graham C. Mullen
United States District Judge