IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,

Defendants.

Civil Action No. 3:12 cv 519

# EXHIBIT 2

| Settlement No. | Agreed Amount of Winnings for Settlement Purposes | Total Settlement | Amount Received to Date | Payment Schedule (if any) |
|---|---|---|---|---|
| 1 | $53,000.00 | $36,000.00 | $36,000.00 | |
| 2 | $54,490.00 | $38,000.00 | $38,000.00 | |
| 3 | $28,909.00 | $22,000.00 | $12,000.00 | Total settlement of $22,000 to be paid as follows: $6,000 within 15 days of the effective date of the agreement and then eight payments of $2,000 due on the 15th day of each following month |
| 4 | $24,077.00 | $11,000.00 | $11,000.00 | Total settlement of $11,000 to be paid as follows: $8,000 to be paid within 7 days of the effective date of the agreement, and the remaining $3,000 to be paid on or before October 1, 2013. |
| 5 | $17,647.00 | $7,500.00 | $800.00 | Total settlement of $7,500 to be paid as follows: $200 for the months of April, May, June, and July 2013 (to be paid by the 15th of the month) and then $400 a month (to be paid by the 15th of the month) until the remainder is fully paid. |
| 6 | $9,249.00 | $4,500.00 | $1,125.00 | Total settlement of $4,500 to be paid as follows: $375 a month for 12 months beginning in April 2013 (to be paid by the 25th of each month). |
| 7 | $1,254.00 | $600.00 | $600.00 | Total settlement of $600 to be paid within 7 days of the effective date of this agreement. |
| 8 | $1,274.00 | $600.00 | $150.00 | Total settlement of $600 to be paid as follows: $50 a month for twelve months beginning the month of April 2013 (to be paid by the 25th of the month). |
| 9 | $7,774.00 | $4,000.00 | | Total settlement of $4,000 to be paid as follows: $400 a month (to be paid by the 15th of the month) for 10 consecutive months beginning in October 2013. |
| 10 | $7,805.00 | $6,000.00 | $6,000.00 | |
| 11 | $13,000.00 | $8,000.00 | $8,000.00 | Total settlement of $8,000 to be payable within 10 days of the effective date of this agreement |
| 12 | $1,621.00 | $1,000.00 | $1,000.00 | |
| 13 | $10,435.00 | $5,000.00 | $3,000.00 | Total settlement of $5,000 to be paid as follows: five installments of $1,000 due monthly (by the 15th of the month) beginning in May 2013. |
| 14 | $2,456.00 | $1,250.00 | $1,250.00 | Total settlement of $1,250 to be payable within 10 days of the effective date of the agreement. |
| 15 | $7,324.00 | $3,000.00 | $3,000.00 | |
| 16 | $13,710.00 | $6,000.00 | $6,000.00 | |
| 17 | $5,090.00 | $2,250.00 | $900.00 | Total settlement of $2,250 to be paid in 10 consecutive monthly installments of $225 beginning on or before May 15, 2013 and by the 15th day of each following month. |
| 18 | $1,057.00 | $450.00 | $150.00 | Total settlement of $450 to be paid in six consecutive installments of $75 due monthly (by the 30th of the month) beginning in May 2013. |
| 19 | $7,281.00 | $3,500.00 | $1,000.00 | Total settlement of $3,500 to be payable in seven consecutive monthly installments of $500 beginning May 15th (and to be paid by the 15th of each following month). |
| 20 | $7,518.00 | $3,750.00 | $3,750.00 | Total settlement of $3,750 is payable on or before May 15, 2013. |
| 21 | $282.00 | $0.00 | | "Walk Away" settlement of multiple accounts. |
| 22 | $844.00 | $450.00 | $450.00 | Total settlement of $450 to be payable on or before May 31, 2013. |
| 23 | $1,067.00 | $600.00 | $600.00 | Total payment of $600 to be paid on or before May 15, 2013. |
| 24 | $1,680.00 | $900.00 | $300.00 | Total settlement of $900 to be paid in 3 consecutive monthly installments of $300 beginning on May 15, 2013 and due by the 15th of the remaining months. |
| 25 | $5,554.00 | $2,772.00 | $2,772.00 | Total payment of $2,772 to be payable within 7 days of the effective date of this agreement. |
| 26 | $569.00 | $300.00 | $300.00 | |
| 27 | $114,000.00 | $47,500.00 | $47,500.00 | Total settlement of $47,500 to be payable on or before May 31, 2013. |
| 28 | $1,068.00 | $550.00 | $550.00 | Total settlement of $550 to be payable on or before May 31, 2013. |
| 29 | $1,605.00 | $1,210.00 | $1,210.00 | Total settlement of $550 to be payable on or before May 31, 2013. |
| 30 | $4,291.00 | $2,196.00 | $366.00 | Total settlement of $2,196 to be paid in 12 consecutive monthly installments of $183 beginning on or before May 15, 2013 and by the 15th day of each following month. |

| Settlement No. | Agreed Amount of Winnings for Settlement Purposes | Total Settlement | Amount Received to Date | Payment Schedule (if any) |
|---|---|---|---|---|
| 31 | $54,356.00 | $27,500.00 | $4,582.00 | Total settlement of $27,500 to be payable in eleven equal consecutive monthly installments of $2,291 beginning on or before May 20,2013 and by the 20th of each following month and then one final payment of $2,299 by the 20th of the following month. |
| 32 | $5,928.00 | $3,000.00 | $3,000.00 | Total payment of $3,000 to be payable on or before May 31, 2013. |
| 33 | ($1,425.00) | $0.00 | | "Walk Away" settlement of multiple accounts. |
| 34 | $9,733.00 | $4,700.00 | $4,700.00 | |
| 35 | $6,907.00 | $4,000.00 | $800.00 | Total payment of $4,000 to be payable in five equal consecutive monthly installments of $800 beginning on or before May 20, 2013 and by the 20th of each following month. |
| 36 | ($585.00) | $0.00 | | "Walk Away" settlement of multiple accounts. |
| 37 | $176,000.00 | $88,000.00 | $88,000.00 | Total settlement of $88,000 to be paid within 7 days of the effective date of this agreement. |
| 38 | ($614.00) | $0.00 | | |
| 39 | $900.00 | $400.00 | | Total settlement of $400 to be payable on or before May 15, 2013. |
| 40 | $1,488.00 | $900.00 | $900.00 | Total settlement of $900 to be payable on or before May 31, 2013. |
| 41 | $1,700.00 | $750.00 | $62.50 | Total settlement of $750 to be payable in 12 equal consecutive monthly payments of $62.50 beginning on or before June 1, 2013 and to be paid by the first day of each following month. |
| 42 | $633.00 | $400.00 | $400.00 | Total settlement of $400 to be payable on or before May 31, 2013. |
| 43 | $1,115.00 | $600.00 | $600.00 | Total settlement of $600 to be payable on or before May 31, 2013. |
| 44 | ($5,702.00) | $0.00 | | "Walk Away" settlement of multiple accounts. |
| 45 | $2,639.00 | $1,400.00 | $1,400.00 | |
| 46 | $46,467.00 | $20,000.00 | $20,000.00 | Total settlement of $20,000 to be payable on or before May 31, 2013. |
| 47 | $10,480.00 | $7,000.00 | $2,100.00 | Total settlement of $7,000 to be payable as follows: $700 a month for ten (10) months beginning in April 2013 (to be paid by the 25th of each month). |
| 48 | $1,830.00 | $975.00 | | Total settlement of $975 to be payable in 3 equal consecutive monthly payments of $325 beginning on or before June 1, 2013 and to be paid by the first day of each following month. |
| 49 | $1,768.00 | $850.00 | $290.00 | Total settlement of $850 to be payable as follows: $150 for May 2013 (to be paid by the 25th of the month) then $140 a month for June, July, August, September, and October 2013 (to be paid by the 25th of the month) until the remainder is fully paid. |
| 50 | $5,649.00 | $3,000.00 | $500.00 | Total settlement of $3,000 to be payable in 12 consecutive monthly payments $250 beginning on or before June 1, 2013 and to be paid by the first day of each following month. |
| 51 | $5,517.00 | $2,800.00 | $466.00 | Total settlement of $2,800 to be payable in 11 equal consecutive monthly payments of $233 beginning on or before June 1, 2013 and to be paid by the first day of each month and one payment of $237 to be paid by the first day of the following month. |
| 52 | $20,274.00 | $10,500.00 | $1,750.00 | Total settlement of $10,500 to be payable in 6 equal consecutive monthly payments of $1,750 beginning on or before June 15, 2013 and to be paid by the 15th of each following month. |
| 53 | $70,494.00 | $35,000.00 | $13,000.00 | Total settlement of $35,000 to be payable in one payment of $13,000 on or before June 1, 2013 and then 8 equal consecutive monthly payments of $2,750 beginning on or before July 1, 2013 and to be paid by the first day of each following month. |
| 54 | $1,388.00 | $800.00 | $800.00 | Total settlement of $800 to be payable on or before May 31, 2013. |
| 55 | $5,570.00 | $3,000.00 | $1,250.00 | Total settlement of $3,000 to be payable in one payment of $1,000 to be paid by June 1, 2013 and then 8 equal consecutive payments of $250 beginning on or before July 1, 2013 and to be paid the first day of each following month. |
| 56 | $1,662.00 | $1,662.00 | $1,662.00 | Total settlement of $1,662 to be paid on or before June 15, 2013. |
| 57 | $5,476.00 | $5,476.00 | $5,476.00 | Total settlement of $5,476 to be paid on or before June 15, 2013. |
| 58 | $46,510.00 | $20,999.00 | | Total settlement of $20,999 to be payable in eleven equal consecutive monthly payments of $1,909 beginning on or before September 15, 2013 and to be paid by the 15th day of each following month. |

| Settlement No. | Agreed Amount of Winnings for Settlement Purposes | Total Settlement | Amount Received to Date | Payment Schedule (if any) |
|---|---|---|---|---|
| 59 | $7,107.00 | $3,600.00 | | Total settlement of $3,600 to be payable in 6 equal consecutive monthly payments of $600 beginning on or before July 5, 2013 and to be paid by the 5th day of each following month. |
| 60 | $15,836.00 | $10,300.00 | $2,575.00 | Total settlement of $10,300 to be payable in 4 equal consecutive monthly payments of $2,575 beginning on or before June 15, 2013 and to be paid by the 15th day of each following month. |
| 61 | $10,435.00 | $6,000.00 | $6,000.00 | Total settlement of $6,000 to be paid on or before June 15, 2013. |
| 62 | $5,197.00 | $2,600.00 | | Total settlement of $2,600 to be paid on or before July 10, 2013. |
| 63 | $19,713.00 | $10,000.00 | $10,000.00 | Total settlement of $10,000 to be paid on or before June 1, 2013. |
| 64 | $3,580.00 | $2,000.00 | $2,000.00 | Total settlement of $2,000 to be paid on or before June 15, 2013. |
| 65 | $3,812.00 | $1,850.00 | $1,850.00 | Total settlement of $1,850 to be paid on or before June 1, 2013. |
| 66 | $20,393.00 | $10,750.00 | $10,750.00 | Total settlement of $10,750 to be paid on or before June 7, 2013. |
| 67 | $6,003.00 | $5,500.00 | $5,500.00 | Total settlement of $5,500 to be paid on or before June 15, 2013 |
| 68 | $19,426.00 | $9,000.00 | $9,000.00 | Total settlement of $9,000 to be paid on or before June 15, 2013 |
| 69 | $69,205.00 | $33,750.00 | | Total settlement of $33,750 to be paid on or before July 30, 2013 |
| 70 | $137,733.00 | $65,000.00 | $29,000.00 | Total settlement of $65,000 to be payable in one payment of $29,000 on or before June 1, 2013 and then 12 equal consecutive monthly payments of $3,000 beginning on or before July 1, 2013 and to be paid by the first day of each following month. |
| 71 | $1,456.00 | $648.00 | $108.00 | Total settlement of $648 to be payable in 12 equal consecutive monthly payments of $54.00 beginning on or before June 1, 2013 and to be paid by the first day of each following month. |
| 72 | $1,563.00 | $720.00 | $120.00 | Total settlement of $720 to be payable in 12 equal consecutive monthly payments of $60 beginning on or before June 1, 2013 and to be paid by the first day of each following month. |
| 73 | $2,300.00 | $1,200.00 | $300.00 | Total settlement of $1,200 to be payable in 4 equal consecutive monthly payments of $300 beginning on or before June 15, 2013 and to be paid by the fifteenth day of each following month. |
| 74 | $76,485.00 | $34,000.00 | $34,000.00 | Total settlement of $34,000 to be paid on or before June 2, 2013. |
| 75 | $44,188.00 | $20,000.00 | $20,000.00 | Total settlement of $20,000 to be paid on or before June 3, 2013. |
| 76 | $8,000.00 | $3,600.00 | $300.00 | Total settlement of $3,600 to be payable in 12 equal consecutive monthly payments of $300 beginning on or before June 30, 2013 and to be paid by the last day of each following month. |
| 77 | $5,159.00 | $3,000.00 | | Total settlement of $3,000 to be paid on or before July 30, 2013. |
| 78 | $5,498.00 | $3,500.00 | $3,500.00 | Total settlement of $3,500 to be paid on or before June 15, 2013. |
| 79 | $4,441.00 | $2,500.00 | $2,500.00 | Total settlement of $2,500 to be payable within ten days of the effective date of the agreement (signed 5/30/2013). |
| 80 | $6,337.00 | $3,912.00 | $266.00 | Total settlement of $3,912 to be payable in 12 equal consecutive monthly payments of $266 beginning on or before June 15, 2013 and to be paid by the fifteenth day of each following month. |
| 81 | $1,987.00 | $990.00 | $990.00 | Total settlement of $990 to be paid on or before June 15, 2013. |
| 82 | $2,438.00 | $1,248.00 | $104.00 | Total settlement of $1,248 to be payable in 12 equal consecutive monthly payments of $104 beginning on or before June 15, 2013 and to be paid by the fifteenth day of each following month. |
| 83 | $1,256.00 | $650.00 | $650.00 | Total settlement of $650 to be paid on or before June 30, 2013. |
| 84 | $89,000.00 | $54,000.00 | | Total settlement of $54,000 to be paid on or before July 31, 2013. |
| 85 | $7,136.00 | $3,600.00 | $300.00 | Total settlement of $3,600 to be payable in 12 equal consecutive monthly payments of $300 beginning on or before June 15, 2013 and to be paid by the fifteenth day of each following month. |
| 86 | $2,237.00 | $1,100.00 | $100.00 | Total settlement of $1,100 to be paid on or before June 30, 2013. |
| 87 | $6,349.00 | $3,000.00 | | Total settlement of $3,000 to be payable in 10 equal consecutive monthly payments of $300 beginning on or before June 15, 2013 and to be paid by the fifteenth day of each following month. |
| 88 | $8,504.00 | $4,245.00 | | Total settlement of $4,245 to be payable in 3 equal consecutive monthly payments of $1,415 beginning on or before June 1, 2013 and to be paid by the first day of each following month. |
| 89 | $3,654.00 | $1,650.00 | $1,650.00 | Total settlement of $1,650 to be paid on or before June 30, 2013. |

| Settlement No. | Agreed Amount of Winnings for Settlement Purposes | Total Settlement | Amount Received to Date | Payment Schedule (if any) |
|---|---|---|---|---|
| 90 | $25,505.00 | $14,000.00 | $1,000.00 | Total settlement of $14,000 to be payable in 14 equal consecutive monthly payments of $1,000 beginning on or before June 1, 2013 and to be paid by the first day of each following month. |
| 91 | $30,696.00 | $15,498.00 | | Total settlement of $15,498 to be payable in 6 equal consecutive monthly payments of $2,583 beginning on or before June 15, 2013 and to be paid by the fifteenth day of each following month. |
| 92 | $9,525.00 | $6,322.00 | $6,322.00 | Total settlement of $6,322 to be paid on or before June 15, 2013. |
| 93 | $9,096.00 | $4,500.00 | $4,500.00 | |
| 94 | ($700.00) | $0.00 | | "Walk Away" settlement of multiple accounts. |
| 95 | $22,250.00 | $11,124.00 | $927.00 | Total settlement of $11,124 to be payable in 12 equal consecutive monthly payments of $927 beginning on or before June 15, 2013 and to be paid by the fifteenth day of each following month. |
| 96 | $170,440.00 | $84,981.00 | $23,165.00 | Total settlement of $84,981 to be payable in one payment of $23,165 on or before June 15, 2013 with the remainder ($61,770) to be paid by July 15, 2013 or in 10 equal consecutive monthly payments of $6,177.60 beginning on or before July 15, 2013 and to be paid by the fifteenth day of each following month. |
| 97 | ($2,470.00) | $0.00 | | "Walk Away" settlement of multiple accounts. |
| 98 | $6,944.00 | $3,500.00 | $3,500.00 | Total settlement of $3,500 to be paid on or before June 30, 2013. |
| 99 | $5,707.00 | $2,300.00 | | Total settlement of $2,300 to be paid on or before July 30, 2013. |
| 100 | $2,200.00 | $1,200.00 | $100.00 | Total settlement of $1,200 to be payable in 12 equal consecutive monthly payments of $100 beginning on or before June 30, 2013 and to be paid by the last day of each following month. |
| 101 | $66,901.00 | $32,400.00 | $2,700.00 | Total settlement of $32,400 to be payable in 12 equal consecutive monthly payments of $2,700 beginning on or before June 15, 2013 and to be paid by the fifteenth day of each following month. |
| 102 | $2,316.00 | $1,200.00 | $400.00 | Total settlement of $1,200 to be payable in 3 equal consecutive monthly payments of $400 beginning on or before June 15, 2013 and to be paid by the fifteenth day of each following month. |
| 103 | $16,145.00 | $4,992.00 | $416.00 | Total settlement of $4,992 to be payable in 12 equal consecutive monthly payments of $416 beginning on or before June 15, 2013 and to be paid by the fifteenth day of each following month. |
| 104 | $1,506.00 | $1,506.00 | | Total settlement of $1,506 to be paid on or before June 15, 2013. |
| 105 | $1,925.00 | $1,200.00 | $1,200.00 | Total settlement of $1,200 to be paid on or before June 30, 2013. |
| 106 | $5,150.00 | $2,600.00 | $260.00 | Total settlement of $2,600 to be paid in 10 consecutive monthly installments of $260 beginning on or before June 15,2013 and by the 15th day of each following month. |
| 107 | ($3,304.00) | $1,000.00 | | Total settlement of $1,000 to be paid on or before June 30, 2013. |
| 108 | $1,560.00 | $1,200.00 | | Total settlement of $1,200 to be paid on or before May 31, 2013. |
| 109 | $14,044.00 | $9,500.00 | $9,500.00 | Total settlement of $9,500 to be paid on or before June 30, 2013. |
| 110 | $42,599.00 | $20,000.00 | $20,000.00 | Total settlement of $20,000 to be paid within 7 days of the effective date of the agreement. |
| 111 | $10,400.00 | $4,500.00 | $750.00 | Total settlement of $4,500 to be payable in 6 equal consecutive monthly payments of $750 beginning on or before June 20, 2013 and to be paid by the twentieth day of each following month. |
| 112 | $1,758.00 | $900.00 | $100.00 | Total settlement of $900 to be payable in nine consecutive monthly payments of $100 beginning on or before June 30, 2013 and due by the last day of each following month. |
| 113 | $39,408.00 | $20,000.00 | | Total settlement of $20,000 to be payable on or before June 30, 2013. |
| 114 | $3,925.00 | $2,000.00 | $167.00 | Total settlement of $2,000 to be paid in 11 equal consecutive monthly installment payments of $167 beginning on June 30, 2013 and due by the last day of each following month and one payment of $163 in the 12th month. |
| 115 | $1,520.00 | $800.00 | | Total payment of $800 to be payable on or before June 30, 2013. |
| 116 | $46,425.00 | $24,600.00 | | Total settlement of $24,600 to be payable on or before July 15, 2013. |
| 117 | $19,111.00 | $9,600.00 | | Total settlement of $9,600 to be paid in 3 equal consecutive installments of $3,000 on July 15, 2013, October 15, 2013, and December 15, 2013 and one payment of $600 on March 15, 2014. |

| Settlement No. | Agreed Amount of Winnings for Settlement Purposes | Total Settlement | Amount Received to Date | Payment Schedule (if any) |
|---|---|---|---|---|
| 118 | $2,400.00 | $1,200.00 | | Total settlement of $1,200 to be paid in 12 equal consecutive monthly installment payments of $100 beginning on June 30, 2013 and due by the last day of each following month. |
| 119 | $2,150.00 | $2,150.00 | | Total settlement of $2,150 to be paid in 5 equal consecutive monthly installment payments of $430 beginning on June 30, 2013 and due by the last day of each following month. |
| 120 | $2,229.00 | $1,100.00 | | Total payment to be payable on or before July 15, 2013 |
| 121 | $78,000.00 | $35,000.00 | $35,000.00 | Total payment to be payable on or before June 30, 2013 |
| 122 | $62,198.00 | $30,996.00 | | Total settlement of $30,996.00 to be paid in 12 equal consecutive montly installment payments of $2583.00 beginning on July 15, 2013 |
| 123 | $126,000.00 | $63,000.00 | | Total settlement of $63,000 to be paid in 12 equal consecutive montly installments of $5250.00 beginning on August 1, 2013 |
| 124 | $77,000.00 | $35,000.00 | | Total payment to be payable on or before October 15, 2013 |
| 125 | $2,693.00 | $1,400.00 | | Total payment to be payable on or before July 1, 2013 |
| 126 | ($602.00) | $0.00 | | "Walk Away" settlement of multiple accounts. |
| 127 | $4,201.00 | $2,100.00 | | Total settlement of $2,100 to be paid in 14 consecutive monthly payments of $150 beginning June 15, 2013. |
| 128 | $74,487.00 | $37,000.00 | | Total settlement of $37,000 to be paid in 11 consecutive monthly payments of $3083 and one payment of $3087 beginning July 15, 2013 |
| 129 | $90,000.00 | $43,500.00 | $43,500.00 | Total settlement of $43,500 to be payable on or before June 30, 2013 |
| 130 | ($2,159.00) | $0.00 | | "Walk Away" settlement of multiple accounts. |
| 131 | $21,995.00 | $9,900.00 | | Total settlement of $9,900 to be paid in 12 consecutive monthly payments of $825.00 beginning on July 1, 2013 |
| 132 | $568,844.00 | $455,075.00 | | Total settlement of $455,075 to be paid as follows: $356,075 to be paid on or before July 15, 2013, then 6 consecutive monthly payments of $16,500 beginning August 15, 2013 |
| 133 | $27,845.00 | $13,000.00 | | Total settlement of $13,000 to be paid on or before July 15, 2013 |
| 134 | $69,892.00 | $36,350.00 | | Total settlement of $36,350 to be paid on or before July 15, 2013 |
| 135 | $2,152.00 | $1,075.00 | | Total settlement of $1,075 to be paid on or before July 15, 2013 |
| 136 | $3,413.00 | $1,700.00 | | Total settlement of $1,700 to be paid in 11 consecutive monthly payments of $141 beginning July 15, 2013 |
| Total | $3,241,837.00 | $1,819,472.00 | $634,581.50 | |

Settlement as % of Winnings: 56.12%