IN THE UNITES STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REX VENTURES GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>　　　　Defendants. | Civil Action No. 3:12 cv 519 |

　　　This matter is before the Court upon the Proposed Intervenors' Motion to Intervene and for an Order Dissolving the Appointment of a Temporary Receiver. A hearing was held in this matter on July 23, 2013. For the reasons stated in open court,

　　　IT IS THEREFORE ORDERED that the Motion to Intervene and for an Order Dissolving the Appointment of a Temporary Receiver is hereby DENIED.

Signed: July 23, 2013

_____
Graham C. Mullen
United States District Judge