IN THE UNITES STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

REX VENTURES GROUP, LLC
d/b/a ZEEKREWARDS.COM, and
PAUL BURKS,

    Defendants.

Civil Action No. 3:12 cv 519

    This matter is before the Court upon the Receiver's Motion to Approve Settlement Agreements and for Leave to Settle Certain Claims Against Net Winners, filed June 28, 2013. The Court has reviewed Receiver's brief and proposed settlement and finds that the proposed settlement is fair and equitable and is in the best interests of the Zeek victims. Accordingly,

    IT IS THEREFORE ORDERED that the Receiver's Motion to Approve Settlement Agreements and for Leave to Settle Certain Claims Against Net Winners is hereby GRANTED, and the Receiver is hereby authorized to perform according to the terms of the Settlement Agreement.

Signed: July 26, 2013

*[signature]*

Graham C. Mullen
United States District Judge