IN THE UNITES STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>REX VENTURES GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>    Defendants. | Civil Action No. 3:12 cv 519 |

## ORDER

Upon consideration of the Application for Fees and Expenses by the Receiver and His Advisors for the Second Quarter of 2013, filed August 14, 2013 (the "Application"), and for good cause shown, **IT IS ORDERED, ADJUDGED AND DECREED** that:

1. The Receiver's Application is **GRANTED**.

2. The Receiver and McGuireWoods LLP **SHALL BE AWARDED** an allowance of $1,075,936.68 for legal services rendered during the Compensation Period set forth in the Application, and $16,271.50 for the reimbursement of expenses incurred during the same period.

3. FTI Consulting, Inc. **SHALL BE AWARDED** an allowance of $925,235.00 for services rendered during the Compensation Period.

4. The Receivership Estate **IS HEREBY AUTHORIZED** to immediately pay such amounts and reimburse McGuireWoods LLP and FTI Consulting, Inc. for approved expenses.

Signed: September 4, 2013

Graham C. Mullen
United States District Judge