IN THE UNITES STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>    Defendants. | Civil Action No. 3:12 cv 519 |

**ORDER GRANTING RECEIVER'S MOTION TO EXTEND DEADLINE FOR FILING CLAIMS RELATING TO FINANCIAL INSTRUMENTS PAID TO THE RECEIVER ON OR AFTER AUGUST 1, 2013**

This matter is before the Court upon the Motion of Temporary Receiver Kenneth D. Bell (the "Receiver") to Extend Deadline for Filing Claims Relating to Financial Instruments Paid to the Receiver On or After August 1, 2013 (the "Motion") filed on September 26, 2013. After considering the Motion, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

    1.    The Motion is **GRANTED**.

    2.    The Bar Date for Claims established in the May 8, 2013 Order Approving (I) Claims Process, (II) Setting of Bar Date, and (III) Approving Notice Procedures (the "May 8 Order") is hereby extended to December 1, 2013 <u>only for</u> (i) affiliates whose financial institutions pay the Receiver on or after August 1, 2013 for stopped payment instruments and are thereafter charged or debited by their financial institutions for these items, and (ii) financial

institutions seeking to file a subrogation claim on behalf of their affiliate customers after paying stopped payment instruments to the Receiver on or after August 1, 2013.

3. All Claims Submission Forms relating to payments made to the Receiver on or after August 1, 2013 for stopped payment instruments must be filed so that they are actually received by 11:59 p.m. (prevailing Eastern time) on December 1, 2013.

4. The Receiver shall notify the affected affiliates and financial institutions to whom the extension may apply by (i) providing notice on the Receivership website; and (ii) contacting financial institutions that pay the Receiver on or after August 1, 2013 for stopped payment instruments to notify them of this Order, and informing them that to the extent they are charging their customers for payment of these stopped payment items, they must immediately notify those customers of the Order extending the Claims Bar Date. The Receiver may take other actions to notify the affected affiliates and financial institutions as he determines to be appropriate in his sole discretion, but is not required to provide additional notice beyond the requirements of this Order.

5. Any financial institution that (i) pays the Receiver on or after August 1, 2013 for stopped payment instruments; (ii) charges its customers for payments of these stopped payment items, and (iii) receives notice of this Order from the Receiver or by any other means, is hereby required to immediately provide a copy of this Order to its affected customers and notify them that:

    (a) the stopped payment instruments have been paid to the Receivership;

    (b) they may have a right to file a late claim or amend a previous claim with the Receivership through December 1, 2013; and

(c) they should consult the Receivership website (http://www.zeekrewardsreceivership.com) for additional details and answers to questions.

6. The Receiver is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

7. Except as expressly modified herein, all other provisions of the May 8 Order remain in full force and effect.

Signed: October 22, 2013

Graham C. Mullen
United States District Judge