IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, </br></br> Plaintiff, </br></br> vs. </br></br> REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, </br></br> Defendants. | No. 3:12-CV-519 |

## ORDER

THIS MATTER is before the Court upon the Receiver's Consent Motion to Stay Consideration of Non-Party Key Bank's Supplemental Motion for Extension of Time of Scheduling Order Deadlines (Doc. No. 179). The parties having consented to a stay of this Court's consideration of the subject motion, and for good cause, the Court will grant the Receiver's motion.

IT IS, THEREFORE, ORDERED that the Court GRANTS the Receiver's Consent Motion to Stay Consideration of Non-Party Key Bank's Supplemental Motion for Extension of Time of Scheduling Order Deadlines (Doc. No. 179), and Key Bank's motion (Doc. No. 171) is STAYED. It is further ORDERED that the Receiver shall be afforded an opportunity to respond to Key Bank's motion in the event that the stay is lifted after the Receiver completes collection efforts on stopped-payment checks.

Dated: January ___, 2014

Signed: January 8, 2014

*Graham C. Mullen*
Graham C. Mullen
United States District Judge