IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

REX VENTURE GROUP, LLC
d/b/a ZEEKREWARDS.COM, and
PAUL BURKS,

    Defendants.

Civil Action No. 3:12 cv 519

## ORDER APPROVING COMPROMISE
## BETWEEN THE RECEIVERSHIP ESTATE AND INTERNET DYNAMO , INC.

**THIS MATTER** came before the Court on the Receiver's[1] Motion for entry of an order authorizing him to consummate the Settlement Agreement between himself on behalf of the Receivership Estate of Rex Venture Group, LLC d/b/a ZeekRewards.com and Internet Dynamo, Inc.

This Court has reviewed and considered the Motion; the Settlement Agreement; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY FOUND, DETERMINED, ORDERED, ADJUDGED, AND DECREED, AS FOLLOWS:

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed them in the Motion [ECF No. 197].

The Motion is **GRANTED**; the Settlement Agreement, attached hereto as <u>Exhibit A</u>, is hereby **APPROVED** in all respects and is so **ORDERED** in all respects. All objections not resolved by agreement or withdrawn are hereby overruled.

The Settlement Agreement represents a fair, adequate and reasonable resolution of the matters contemplated therein and is in the best interest of the Receivership Estate.

The Receiver is hereby authorized to perform all of his obligations under the Settlement Agreement.

Upon entry of this Order and subject to the occurrence of the Effective Date, the provisions of the Settlement Agreement shall bind the Receiver (solely in his capacity as Receiver for the Receivership Estate), the Receivership Estate and ID and the Settlement Agreement shall be enforceable according to its terms.

This Court shall have and retain exclusive jurisdiction over any matter under or arising out of or in connection with the Settlement Agreement.

IT IS SO ORDERED.

*[Signature]*
Signed: March 26, 2014

Signature Line
Title of Signing Officer
United States District Court