IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:12-cv-519

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>REX VENTURE GROUP, LLC<br>d/b/a ZEEKREWARDS.COM, and<br>PAUL BURKS,  )<br>)<br>Defendants.  )<br>) | ORDER |

THIS MATTER is before the Court upon the Receiver's Motion to Confirm Appointment of Special Master and Approve Certain Notice Procedures Regarding Proceedings (Doc. No. 207). The Court had previously approved the appointment of retired Judge Frank W. Bullock, Jr. of the United States District Court for the Middle District of North Carolina as Special Master in this case to oversee certain claim dispute proceedings. (Doc. No. 199). For good cause, the Court will grant the Receiver's Motion.

IT IS, THEREFORE, ORDERED that the Receiver's Motion (Doc. No. 207) is GRANTED. The Court hereby confirms its appointment of the Special Master and approves the

1

Proceeding Notices attached as Exhibits B and C to the Receiver's Motion.

Signed: May 28, 2014

Graham C. Mullen
United States District Judge