IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:12 cv 519

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

vs.

REX VENTURE GROUP, LLC
d/b/a ZEEKREWARDS.COM, and
PAUL BURKS,

     Defendants.

**ORDER**

THIS MATTER is before the Court on the Receiver's Request for Leave to Institute Actions against two attorneys hired by RVG. The Receiver alleges that these proposed defendants caused significant damages to RVG because of negligent and other wrongful conduct. For good cause, the Court will grant the Receiver's request.

IT IS, THEREFORE, ORDERED that the Receiver is hereby GRANTED leave to file the two referenced actions.

Graham C. Mullen
United States District Judge