IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 3:12-CV-519 ) |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | ) ) ) |
| Defendant. | ) |

IT IS ORDERED that for good cause shown, Plastic Cash International, LLC's Motion to File Surreply (the "Motion") is GRANTED and that Plastic Cash International, LLC may file the Surreply attached to its Motion as Exhibit "A".

Date Signed: July 1, 2014

*Graham C. Mullen*

Graham C. Mullen
United States District Judge

{00300650.RTF V. P316.021169;}