IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 3:12-CV-519 |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | ) ) ) ) |
| Defendants. | ) ) ) |

## ORDER

**THIS MATTER** is before the Court upon the Receiver's Request for Leave to Institute Actions Against International Net Winners. The Receiver alleges that these persons and entities won money in the ZeekRewards program and should be required to pay their net winnings back to the RVG for the benefit of ZeekRewards' victims. For good cause, the Court will grant the Receiver's request.

**IT IS, THEREFORE, ORDERED** that the Receiver is hereby granted leave to file the actions for which leave has been requested.

**SO ORDERED.**

Signed: August 15, 2014

*[signature]*

Graham C. Mullen
United States District Judge