IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | No. 3:12-CV-519 |
| v. | ) ) | |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER GRANTING ADMISSION PRO HAC VICE

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **VINCENT P. SCHMELTZ III**, filed August 19, 2014 [doc. # 236].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Schmeltz is admitted to appear before this court *pro hac vice* on behalf of Preferred Merchants Solutions, LLC.

**IT IS SO ORDERED.**

Signed: August 20, 2014

Graham C. Mullen
United States District Judge