IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>    Defendants. | Civil Action No. 3:12 cv 519 |

**CONSENT ORDER EXTENDING TRO**

THIS MATTER is before the Court upon the Receiver Kenneth D. Bell's Consent Motion for Extension of the Temporary Restraining Order Enforcing the Court's Asset Freeze. For good cause shown, including the consent of the restrained parties Matt Weber and mynetworkingpro.com, the Court will grant the motion and modify and extend the Temporary Restraining Order ("TRO") for an additional thirty (30) days from the entry of this Order as described below. *See* Fed. R. Civ. P. 65(b)(2).

The Court hereby fully incorporates by reference the TRO (Doc. No. 249), including the reasons why it was issued; its terms; and the acts restrained or required thereby. *See* Fed. R. Civ. P. 65(d). In addition, the Court will grant the Receiver's request that the TRO be modified and extended to include the approximately $1.35 million currently located in Wells Fargo bank in an account related to or controlled by Matt Weber and/or mynetworkingpro.com. Accordingly, the Court grants the Receiver's motion and enters the following relief.

**ORDER**

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that:

1. The Receiver's Motion for Extension of the Temporary Restraining Order Enforcing the Court's Asset Freeze is **GRANTED**;

2. The Temporary Restraining Order entered September 4, 2014 (Doc. No. 249) is hereby extended for an additional thirty (30) from the entry of this Order;

3. Furthermore, that order is modified to include and hereby freeze all funds in the account in Wells Fargo bank related to or controlled by Matt Weber and/or mynetworkingpro.com that contains approximately $1.35 million or any other financial account to which money was transferred from that account or Wells Fargo account 8247-1707 (the account initially frozen).

4. Mr. Weber, and all other persons and entities with direct or indirect control over the accounts subject to the TRO are hereby restrained and enjoined from directly or indirectly transferring, setting off, receiving, changing, selling, pledging, assigning, liquidating or otherwise disposing of or withdrawing any assets from such accounts, without the written permission and consent of the Receiver Kenneth D. Bell.

5. Wells Fargo is directed to provide the Parties with all records related to these accounts and any others held by or related to Matt Weber and/or mynetworkingpro.com, including, but not limited to, the account numbers, the opening of the accounts and all information relevant to all withdraws from and deposits into such accounts;

6. This injunction shall expire no later than thirty (30) days from the entry of this Order;

7. The Court reserves the right to extend this injunction for good cause, or if Mr. Weber, mynetworkingpro.com or another party with a controlling interest in any Wells Fargo account contemplated herein consents to a further extension of such injunction.

Signed: September 18, 2014

Graham C. Mullen
United States District Judge