IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>Defendants. | Civil Action No. 3:12 cv 519 |

## ORDER EXTENDING TRO

THIS MATTER is before the Court upon the Receiver Kenneth D. Bell's Second Consent Motion for Extension of the Temporary Restraining Order Enforcing the Court's Asset Freeze. For good cause shown, including the consent of the restrained parties Matt Weber and mynetworkingpro.com, the Court will grant the motion and extend the TRO ("TRO) (Doc No. 249), as modified (Doc No. 256), for an additional thirty (30) days from the entry of this Order. *See* Fed. R. Civ. P. 65(b)(2).

IT IS, THEREFORE, ORDERED that the Receiver's Second Consent Motion for Extension of the Temporary Restraining Order Enforcing the Court's Asset Freeze is GRANTED and the Temporary Restraining Order (Doc No. 249), as amended (Doc No. 256), is hereby extended for an additional thirty (30) days from the entry of this Order.

Signed: October 20, 2014

Graham C. Mullen
United States District Judge