**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>    Defendants. | Civil Action No. 3:12-cv-519 |

## ORDER

**THIS MATTER** is before the Court upon the Receiver's Motion for Temporary Restraining Order Enforcing the Court's Asset Freeze (Doc. No. 268). The Receiver has satisfied the requirements of Federal Rule of Civil Procedure 65(b) and established that an order is appropriate in this case to avoid irreparable injury, loss, or damage to the Receivership Estate of Rex Venture Group, LLC, including the further waste and dissipation of Receivership Property. Notably, the Court finds that the large amount of money at stake, the liquidity of the funds which could be transferred overseas or hidden, and Preferred Merchants' and Meyer's apparent pattern of misconduct present a likelihood of irreparable harm and necessitate this order being entered without notice. Accordingly, and for the reasons stated in the motion and memorandum, the Court will **GRANT** the motion.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that:

1. This Order is entered at 11 a.m. on October 31, 2014.

2. The Receiver's Motion for Temporary Restraining Order is **GRANTED**;

3. Preferred Merchants Solutions, LLC ("Preferred Merchants") and Jaymes Meyer ("Meyer") are directed to immediately deposit with the Receivership $4,854,010.40, which is the amount they transferred from RVG's trust account after the SEC notified them of the asset freeze and requested that they freeze all RVG accounts and assets;

4. The Receiver is directed to deposit and maintain these funds in a segregated account;

5. This injunction shall expire no later than fourteen (14) days from the entry of this Order or sooner upon further order of the Court.

6. The Court will conduct a hearing on this matter on **Wednesday, November 12, 2014 at 2 p.m.** in Courtroom 3 at the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, NC 28202. The Receiver is directed to use all reasonable efforts to notify Meyer and Preferred Merchants of the date, time, and location of the hearing.

**SO ORDERED.**

Signed: October 31, 2014

*[Signature]*

Graham C. Mullen
United States District Judge