IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-519-GCM

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| REX VENTURE GROUP, LLC, *et al*, ) | |
| Defendants. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Austin J. Burke,** filed October 29, 2014 [doc. # 271].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Burke is admitted to appear before this court *pro hac vice* on behalf of Preferred Merchants Solutions, LLC.

**IT IS SO ORDERED.**

Signed: November 3, 2014

Graham C. Mullen
United States District Judge