IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>    Defendants. | Civil Action No. 3:12-cv-519 |

## ORDER

**THIS MATTER** is before the Court upon Preferred Merchants Solutions' Motion to Dissolve Temporary Restraining Order (Doc. No. 275). On October 31, 2014, the Court issued a Temporary Restraining Order (Doc. No. 274), ordering Preferred and Jaymes Meyer to immediately deposit $4,854,010.40 with the Receiver. In light of the contentions raised in Preferred's Motion, the Court **STAYS** its previous Temporary Restraining Order (Doc. No. 274) pending resolution of Preferred's Motion to Dissolve. The Receiver is directed to file a response to the Motion to Dissolve as soon as practicable. The hearing set for November 12 will remain in place unless otherwise ordered.

**SO ORDERED.**

Signed: November 3, 2014

Graham C. Mullen
United States District Judge