IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>REX VENTURES GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>    Defendants. | Civil Action No. 3:12 cv 519 |

    This matter is before the Court upon its own motion. A hearing has been set on November 12, 2014 to address the Receiver's Motion for Temporary Restraining Order Enforcing the Court's Asset Freeze and non-party Preferred Merchants Solutions, LLC ("Preferred Merchants") and James Meyer's Motion to Dissolve Temporary Restraining Order. It appears to the Court that in order to properly address these motions, the Court will also need to consider Preferred Merchant's Motion to Lift Stay (Doc. No. 230) and the Receiver's Motion for Contempt (Doc. No. 240). Accordingly, the Court hereby reschedules the hearing set for November 12 to Monday, November 24, 2014 at 10 a.m. in Courtroom 3, where the Court will address all of the above referenced motions.

    IT IS SO ORDERED.

Signed: November 7, 2014

Graham C. Mullen
United States District Judge