IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>    Defendants. | Civil Action No. 3:12 cv 519 |

## **ORDER**

THIS MATTER is before the Court upon Marc Michaud and the law firm of Patrick Miller LLC's *Notice of Attorney's Charging Liens* (Doc No. 258) and the Receiver's *Objection to Counsel's Notice of Attorney's Charging Lien and Request for Order in Aid of Distribution* (Doc. No. 260). Having considered the filings, and for good cause shown, the Court enters the following Order.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED as follows:

1. The Receiver's *Objection to Counsel's Notice of Attorney's Charging Lien and Request for Order in Aid of Distribution* is SUSTAINED and GRANTED.

2. Plaintiff Jonny Belsome, et al.'s *Notice of Attorney's Charging Lien* (Doc. No. 258) is hereby DENIED and STRICKEN from the Court's docket; and

3. Marc R. Michaud is ORDERED to immediately and without further delay provide the Receiver with all actual addresses of those Claimants whose Claims currently

list the address of Patrick Miller LLC or any other address not related to such claimant. These addresses may be provided directly to the Receiver or through the Claims Portal.

Signed: November 12, 2014

Graham C. Mullen
United States District Judge