IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

REX VENTURES GROUP, LLC
d/b/a ZEEKREWARDS.COM, and
PAUL BURKS,

    Defendants.

Civil Action No. 3:12 cv 519

## ORDER

Upon consideration of the Application for Fees and Expenses by the Receiver and His Advisors for the Third Quarter of 2014, filed November 14, 2014 (the "Application"), and for good cause shown, **IT IS ORDERED, ADJUDGED AND DECREED** that:

1.     The Receiver's Application is **GRANTED**.

2.     The Receiver and McGuireWoods LLP **SHALL BE AWARDED** an allowance of $810,160.08 (of which $162,032.02 will be held back pending further petition to and approval by the Court) for legal services rendered during the Compensation Period set forth in the Application, and $48,137.71 for the reimbursement of expenses incurred during the same period.

3.     FTI Consulting, Inc. **SHALL BE AWARDED** an allowance of $537,954.50 (of which $107,590.90 will be held back pending further petition to and

approval by the Court) for services rendered during the Compensation Period, and $2169.40 for the reimbursement of expenses incurred during the same period.

4. The Receivership Estate **IS HEREBY AUTHORIZED** to immediately pay such amounts and reimburse McGuireWoods LLP and FTI Consulting, Inc. for approved expenses.

Signed: December 8, 2014

Graham C. Mullen
United States District Judge