IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>REX VENTURES GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>    Defendants. | Civil Action No. 3:12 cv 519 |

       This matter is before the Court upon the Receiver's Motion to Find Preferred Merchants Solutions, LLC and Jaymes Meyer in Contempt of the Court's Agreed Order Appointing Temporary Receiver and Freezing Assets of Defendant Rex Venture Group, LLC. The Court held a hearing in this matter on November 24, 2014, but the matter has since been held in abeyance to allow the parties time to pursue settlement negotiations. The Court is informed that Preferred Merchants is preparing an accounting to submit to the Receiver to aid in these negotiations. However, settlement negotiations appear to have stalled. In light of the uncertainty of the location and accessibility of the funds at issue that were transferred to Preferred Merchants and Mr. Meyer, the Receiver is requesting that the Court order Mr. Meyer to appear in Charlotte for a sworn deposition on or before December 19, 2014.

       For good cause shown, it is hereby ORDERED that Jaymes Meyer, personally and on behalf of Preferred Merchants Solutions, LLC as its sole member, shall appear at the offices of

McGuireWoods LLP in Charlotte, North Carolina for a sworn deposition on or before December 19, 2014.

IT IS SO ORDERED.

Signed: December 11, 2014

Graham C. Mullen
United States District Judge