IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:12 cv 519

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>REX VENTURES GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>    Defendants. | ORDER |

    This matter is before the Court upon the Receiver's Supplemental Brief in Support of his Contempt Motion (Doc. No. 294), in which he requests a production of certain documents in advance of the deposition of Mr. Meyer. Pursuant to the Court's broad discretionary power in supervising this equity receivership, the Court hereby orders Preferred Merchants and Mr. Meyer to produce to the Receiver by 10:00 a.m. Wednesday morning, December 17, the following: A full accounting of the use and location of the RVG funds transferred to Preferred Merchants /Meyer in August 2012 from the date of the transfer to the present and all documents related to the creation, governing documents, transfer of assets into and current holdings of the "Cook Islands Trust" described by Preferred Merchants' and Mr. Meyer's counsel to the Court on November 24, 2014.
    IT IS SO ORDERED.

Signed: December 16, 2014

Graham C. Mullen
United States District Judge