FILED: March 2, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1710
(3:12-cv-00519-GCM)

_____

SECURITIES & EXCHANGE COMMISSION

       Plaintiff

 and

JOHNNY BELSOME; TIMOTHY ALLEN; JODY HINKLEY; DONALD MARCEL; KEITH HINKLEY; STARR ATCHISON; EDWARD THIEL; BRETT HUNTER; TARA BELSOME, and those similarly situated

       Movants - Appellants

v.

REX VENTURE GROUP, LLC, d/b/a Zeekrewards.com; RECEIVER FOR REX VENTURES GROUP, LLC

       Defendants - Appellees

and

PAUL R. BURKS; TRUDY GILMOND; KELLIE KING

       Defendants

 and

NATHANIEL WOODS

    Movant

_____
## MANDATE
_____

The judgment of this court, entered January 7, 2015, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                                                 */s/Patricia S. Connor, Clerk*