IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, </br></br> Plaintiff, </br></br> vs. </br></br> REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) No. 3:12-CV-519 ) ) ) ) ) ) ) |

## ORDER

Upon consideration of the Consent Motion for Extension of Time to File Receiver's Application for Fees and Expenses for the Fourth Quarter of 2014, and for good cause shown, IT IS ORDERED, ADJUDGED AND DECREED that:

1. The Receiver's Motion is GRANTED.

2. The Receiver shall have until March 13, 2015 to file his Application for Fees and Expenses for the Fourth Quarter of 2014.

Signed: March 2, 2015

Graham C. Mullen
United States District Judge