IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>    Defendants. | Civil Action No. 3:12 cv 519 |

## ORDER

THIS MATTER is before the Court on the *Receiver's Motion for Leave of Court to Discontinue Preservation of Certain Receivership Records.* Having reviewed the Receiver's motion and for good cause shown, the Court will grant the motion.

IT IS, THEREFORE, ORDERED that the *Receiver's Motion for Leave of Court to Discontinue Preservation of Certain Receivership Records* is GRANTED and the Receiver is free to allow Internet Dynamo to release the particular server data specifically referenced in the motion. Internet Dynamo shall continue to maintain servers DS1146, DS1147 and DS1272 until further order of this Court.

Signed: March 4, 2015

Graham C. Mullen
United States District Judge