IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>Defendants, | No. 3:12-CV-519 |

## NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

NOTICE IS HEREBY GIVEN that the above entitled-action was commenced on August 17, 2012 in the United States District Court for the Western District of North Carolina (Charlotte) by the Securities and Exchange Commission as Plaintiff against Rex Venture Group, LLC d/b/a Zeekrewards.com and Paul Burks as Defendants.

The Receiver has asserted that the above-entitled action includes a real property claim based upon the alleged transfer of Rex Venture Group, LLC / Receivership funds to purchase certain real property in the unincorporated area of County of Napa, State of California commonly known as 1175 First Avenue, Napa, California 94558, bearing Assessor's Parcel Number 045-190-005, and bearing the following legal description:

A PORTION OF LOT 5, AS SHOWN ON THE MAP OF PART OF EAST NAPA, E.R. SPROUL'S ADDITION, FILED SEPTEMBER 7, 1875 IN BOOK 1 OF MAPS AT PAGE 98, NAPA COUNTY RECORDS, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE WESTERN LINE OF THE COUNTY ROAD KNOWN AS FIRST AVENUE SAID POINT BEING DISTANT THEREON SOUTH 7°15' EAST 100 FEET FROM THE INTERSECTION THEREOF WITH THE NORTHERN LINE OF LOT 5, AS SAID LOT IS SHOWN ON THE MAP HEREINABOVE REFERRED TO; RUNNING THENCE ALONG THE WESTERN LINE OF SAID FIRST AVENUE, SOUTH 7°15' EAST 100 FEET; THENCE SOUTH 82°45' WEST 435.6 FEET; THENCE NORTH 7°15' WEST 100 FEET; THENCE NORTH 82°45' EAST 435.6 FEET TO THE POINT OF COMMENCEMENT.

Dated: March 17, 2015

By: /s/ Kenneth D. Bell

Kenneth D. Bell
N.C. State Bar No. 10800
Irving M. Brenner
N.C. State Bar No. 15483
MCGUIREWOODS LLP
201 North Tryon Street, Suite 3000 (28202)
Post Office Box 31247
Charlotte, North Carolina 28231
Telephone: 704-373-4620
Facsimile: 704-373-8836
kbell@mcguirewoods.com

*Court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com*

2