IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>Defendants, | No. 3:12-CV-519 |

## CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 201 North Tyron Street, Suite 3000, Charlotte, North Carolina 28202, and not a party to the within action.

On the date of the execution of this Certificate of Service, I caused to be served a copy of the Notice of Pendency of Action (Lis Pendens) and this Certificate of Service on the interested parties in the above-captioned action by placing a true copy thereof enclosed in a sealed envelope, certified mail with return receipt requested, with postage thereon fully prepaid in the United States post office mail box at Charlotte, North Carolina bearing the addresses below.

On the date of the execution of this Certificate of Service I also electronically filed a copy of the Notice of Pendency of Action (Lis Pendens) with the Clerk of the Court for the United States District Court, Western District of North Carolina, Charlotte Division, using the ECF

system. I certify that those participants in the case that are registered ECF users will also receive service by the ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Charlotte, North Carolina on the date referenced below.

Dated: March 17, 2015

By: _____

Irving M. Brenner

Address of Parties Served:

**Jaymes Meyer**
**Preferred Merchants Solutions, LLC**
c/o Vincent P. Schmeltz, III
BARNES & THORNBURG LLP
1 N. Wacker Drive, Suite 4400
Chicago, Illinois 60606

*Counsel for Jaymes Meyer and*
*Preferred Merchants Solutions, LLC*

**All Unnamed Residents**
1175 First Avenue
Napa, California 94558