IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

REX VENTURE GROUP, LLC
d/b/a ZEEKREWARDS.COM, and
PAUL BURKS,

    Defendants.

Civil Action No. 3:12 cv 519

## ORDER TO TRANSFER PROPERTY TO THE RECEIVERSHIP ESTATE

This matter is before the Court upon the Receiver's Motion to Transfer Property to the Receivership Estate and Memorandum in Support (Doc. Nos. 343, 344), filed March 11, 2015. For good cause shown as set forth in the Motion, accompanying Memorandum, and other evidence of record, including the affidavits of service, and in the absence of any opposition to the motion, the Court will grant the motion.

### ORDER

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion to Transfer Property to the Receivership Estate is hereby **GRANTED**; and

2. Bella Vita Ltd., and any other party with ownership or other rights to the Turks & Caicos property described below, is hereby **ORDERED** to transfer to the Receivership Estate title and ownership of the Turks & Caicos Islands real property

designated as Title #60609/24 / Norway & Five Cays Section / Providenciales Island along with all improvements, attachments and personal property within and related to the property (including but not limited to furniture, fixtures, a boat and scuba equipment).

Signed: April 2, 2015

Graham C. Mullen
United States District Judge