IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | No. 3:12-CV-519 |
| v. | ) ) ) | |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF JACOB P. ZIPFEL

Pursuant to Local Rule 83.1, the undersigned counsel hereby moves for leave to withdraw his appearance as counsel for Non-Party Preferred Merchants Solutions, LLC ("Preferred"). In support thereof, the undersigned states as follows:

1. At the time of filing his appearance in this matter on behalf of Preferred, the undersigned counsel was employed by the law firm of Barnes & Thornburg LLP, which acts as counsel for Preferred.

2. As of April 21, 2015, the undersigned counsel will no longer be employed by Barnes & Thornburg LLP.

3. Vincent P. (Trace) Schmeltz III of Barnes & Thornburg LLP and Thomas G. Hooper of Nelson Mullins Riley & Scarborough LLP will remain as counsel of record for Preferred.

4. The undersigned counsel's withdrawal from this matter will not prejudice Preferred or any other party.

5. For all the above reasons, the Court should grant the undersigned counsel leave to withdraw his appearance on behalf of Preferred.

WHEREFORE, the undersigned counsel requests that this Court enter an order withdrawing Jacob P. Zipfel's appearance in this matter as counsel for Preferred.

Dated: April 20, 2015                          Respectfully submitted,

                                           By:     /s/ Jacob P. Zipfel

Thomas G. Hooper
N.C. State Bar No. 25571
NELSON MULLINS RILEY
& SCARBOROUGH LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 4200
Charlotte, North Carolina 28202
Telephone: (704) 417-3000
Facsimile: (704) 377-4814
E-Mail: tom.hooper@nelsonmullins.com

OF COUNSEL:

Vincent P. (Trace) Schmeltz III
*Pro hac vice*
Jacob P. Zipfel
*Pro hac vice*
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646
E-Mail: tschmeltz@btlaw.com
E-Mail: jzipfel@btlaw.com

*Attorneys for Preferred Merchants Solutions LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the counsel of record registered to receive electronic service.

By:     /s/ Jacob P. Zipfel
             *Pro Hac vice*

CHDS01 957934v1