IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 3:12-CV-519 |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | ) ) ) ) |
| Defendants. | ) ) ) |

## ORDER

Upon consideration of the Motion for Leave to Withdraw Appearance of Jacob P. Zipfel, and for good cause shown, IT IS ORDERED, ADJUDGED AND DECREED that:

1. The motion is GRANTED.

2. The appearance of Jacob P. Zipfel as counsel for non-party Preferred Merchants Solutions, LLC is hereby withdrawn.

Signed: April 24, 2015

Graham C. Mullen
United States District Judge