FILED: June 19, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————————

No. 14-2288
(3:12-cv-00519-GCM)

———————————————

SECURITIES & EXCHANGE COMMISSION

       Plaintiff

v.

REX VENTURE GROUP, LLC, et al.

       Defendants

and

JOHNNY BELSOME, et al.

       Movants - Appellants

v.

KENNETH D. BELL, as the appointed Receiver of Rex Venture Group, LLC, et al.

       Appellee

———————————————

# M A N D A T E

———————————————

The judgment of this court, entered April 27, 2015, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*