IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>REX VENTURES GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>Defendants. | Civil Action No. 3:12-cv-519 |

### ORDER

Upon consideration of the Receiver for Rex Venture Group, LLC's Consent Motion for Extension of Time to File Reply in Support of its Motion for Order Directing BBVA Compass Bank to Turnover Estate Assets and Alternative Motion for Order Directing BBVA Compass to Appear and Show Cause Why it Should not be Held in Contempt for Violation of Freeze Order, and for good cause shown, IT IS ORDERED, ADJUDGED, AND DECREED that:

1. The Receiver's Motion is granted.
2. The Receiver shall have until Thursday, July 2, 2015 to file its Reply.

**IT IS SO ORDERED**

Signed: June 29, 2015

Graham C. Mullen
United States District Judge