IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

REX VENTURE GROUP, LLC
d/b/a ZEEKREWARDS.COM, and
PAUL BURKS,

    Defendants.

Civil Action No. 3:12 cv 519

ORDER

The Court held a status hearing on June 24, 2015 on the Receiver's Motion for an Order Directing NxSystems, Inc. to Turn Over Receivership Assets and/or Find it in Contempt of the Court's Agreed Order. (Doc. No. 291). In the interests of justice and with the consent of the parties, the Court enters the following schedule for further proceedings on the pending motion:

1.     The parties shall identify to each other their expected witnesses (both lay and expert) 30 days from the date of the status hearing.

2.     The parties shall complete Discovery 105 days from the date of the status hearing.

3.     The parties shall be permitted to take up to 3 depositions for each side, with the understanding that additional depositions can be requested if necessary based on discovery or witness identification.

4.     The parties shall make a pre-hearing Disclosure of the Witnesses and Documents they expect to be used at Hearing 15 days following the close of Discovery.

5. The Court will hold a hearing on the Motion (2 days expected length) in or after November 2015 on a date to be determined.

6. The parties are required to file with the Court Proposed Findings of Fact and Conclusions of Law 5 days prior to the hearing date.


IT IS SO ORDERED.


Signed: July 9, 2015

Graham C. Mullen
United States District Judge