# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>REX VENTURES GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>Defendants. | Civil Action No. 3:12-cv-519 |

### NOTICE OF WITHDRAWAL OF RECEIVER'S MOTION (Doc. 330) FOR ORDER DIRECTING BBVA COMPASS TO TURNOVER ESTATE ASSETS AND ALTERNATIVE MOTION FOR ORDER DIRECTING BBVA COMPASS TO APPEAR AND SHOW CAUSE WHY IT SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF FREEZE ORDER

Kenneth D. Bell, Court-appointed Receiver (the "Receiver") of Rex Venture Group, LLC d/b/a ZeekRewards.com, through counsel, hereby withdraws the Receiver's Motion for Order Directing BBVA Compass to Turnover Estate Assets and Alternative Motion for Order Directing BBVA Compass to Appear and Show Cause Why it Should not be Held in Contempt for Violation of Freeze Order, filed February 5, 2015 as Document 330.

The motion (Doc. 330) is withdrawn pursuant to an agreement between the Receiver and BBVA Compass.

This the 14th day of July, 2015.

                                */s/Joseph W. Moss, Jr.*
                                Joseph W. Moss, Jr.
                                N.C. Bar No. 20236
                                Matthew M. Holtgrewe
                                N.C. Bar No. 42912
                                Erwin Bishop Capitano & Moss, P.A.
                                4521 Sharon Road, Suite 350
                                Charlotte, N.C. 28211
                                Email:  jmoss@ebcmlaw.com
                                                mholtgrewe@ebcmlaw.com
                                Telephone: (704) 716-1200
                                Facsimile:  (704) 716-1201
                                Attorneys for KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing motion was filed using the CM/ECF system which will send electronic copies to counsel of record registered to receive electronic service.

This the 14th day of July, 2015.

            */s/Joseph W. Moss, Jr.*
            Joseph W. Moss, Jr.