# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

              **Plaintiff,**

   **v.**

**REX VENTURES GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,**

              **Defendants.**

**Civil Action No. 3:12-cv-519**

## AMENDED CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies on August 14, 2015, Receiver for Rex Venture Group, LLC, Kenneth D. Bell's Motion for Turnover of Estate Assets and accompanying Declarations (Docs. 385, 385-1, and 385-2) were served as indicated below on the following parties that will not receive service through the ECF/Pacer system[1]:

Via Fed Ex Next Business Morning Delivery

William J. Kamski
First Vice President
Senior Attorney
Valley National Bank
1455 Valley Road
Wayne, NJ 07470

Patrick J. Spina, Esq.
Spina Law Office
97 Lackawanna Ave.
Totowa, NJ 07512

---

[1] The original certificates of service erroneously indicated that service occurred on June 8, 2015.

Gerald H. Lipkin, President
Valley National Bank
615 Main Avenue
Passaic, NJ 07055

This the 14th day of August, 2015.

/s/Joseph W. Moss, Jr.
Joseph W. Moss, Jr.
N.C. Bar No. 20236
Matthew M. Holtgrewe
N.C. Bar No. 42912
Erwin Bishop Capitano & Moss, P.A.
4521 Sharon Road, Suite 350
Charlotte, N.C. 28211
Email:  jmoss@ebcmlaw.com
        mholtgrewe@ebcmlaw.com
Telephone: (704) 716-1200
Facsimile:  (704) 716-1201
Attorneys for KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served as indicated below on parties that will not receive service through the ECF/Pacer system:

<u>Via Fed Ex Next Business Morning Delivery</u>

William J. Kamski
First Vice President
Senior Attorney
Valley National Bank
1455 Valley Road
Wayne, NJ 07470

Gerald H. Lipkin, President
Valley National Bank
615 Main Avenue
Passaic, NJ 07055

Patrick J. Spina, Esq.
Spina Law Office
97 Lackawanna Ave.
Totowa, NJ  07512

For parties who will receive notice via the ECF system, I certify that this document was filed using the CM/ECF system which will send electronic copies to counsel of record registered to receive electronic service.

This the 14th day of August, 2015.

<u>/s/</u>Joseph W. Moss, Jr.
Joseph W. Moss, Jr.