IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, <br><br> Defendants. | No. 3:12-CV-519 |

## ORDER

Upon consideration of the Consent Motion for Extension of Time to File Receiver's Application for Fees and Expenses for the Second Quarter of 2015, and for good cause shown, IT IS ORDERED, ADJUDGED AND DECREED that:

1. The Receiver's Motion is GRANTED.

2. The Receiver shall have until August 21, 2015 to file his Application for Fees and Expenses for the Second Quarter of 2015.

Signed: August 17, 2015

Graham C. Mullen
United States District Judge

1