IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:12-CV-519

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )      ORDER |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

THIS MATTER is before the Court on the Receiver's Motion for Order Requiring Return of Receivership Property, Deposition, and Production of Records. The Court has considered the Receiver's Motion and finds in its equitable discretion that the measures requested are appropriate.

It is, therefore, ORDERED, that Darryle Douglas shall:

1. return the ZeekRewards affiliate database along with all copies of such database to the Receiver and cease using it;

2. submit to a deposition by the Receiver at a mutually convenient time and location no later than September 24, 2015; and

3. produce to the Receiver all financial records from November 1, 2011 to the present for his personal and business-related accounts prior to such deposition.

Signed: September 14, 2015

Graham C. Mullen
United States District Judge