IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>Defendants. | No. 3:12-CV-519 |

## ORDER

THIS MATTER is before the Court on the Receiver's Motion for Order Requiring Darryle Douglas To Personally Appear and Show Cause.

For good cause shown, it is ORDERED that the Receiver's Motion is GRANTED and Darryle Douglas is hereby ORDERED to personally appear in court in the Western District of North Carolina on December 3, 2015, at 3:30 PM and show cause as to why Mr. Douglas should not be held in contempt for failure to comply with the Court's Order of September 14, 2015.

SO ORDERED.

Signed: November 3, 2015

Graham C. Mullen
United States District Judge