**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
Case No. 3:12-CV-519

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | ) ) ) ) |
| Defendants. | ) ) ) ) |

ORDER

THIS MATTER is before the Court after the show-cause hearing it held on December 3, 2013. Darryle Douglas was ordered by this Court to appear at the hearing and show cause as to why he should not be held in contempt for failure to comply with this Court's Order of September 15, 2015, requiring him to return to the Receiver the ZeekRewards database in his possession, to produce certain financial records, and to submit to a deposition by the Receiver.

Mr. Douglas failed to appear for the show-cause hearing. The Court took evidence at the hearing from the Receiver and from counsel for Mr. Douglas and is satisfied that Mr. Douglas received notice of the hearing well in advance of the hearing date. The Court finds that Mr. Douglas received notice of the September 15 Order and has violated that Order. In addition, the Court finds that the Receivership has suffered and will continue to suffer harm because of Mr. Douglas' violation of the Order. Mr. Douglas was previously found liable for more than $2 million to the Receivership in the form of fraudulent transfers and prejudgment interest, and under the

Agreed Order in this matter, these are Receivership Assets belonging to the Receivership Estate. Mr. Douglas's failure to return the database and these Receivership Assets not only harm the Receivership, but they also violate the Agreed Order in obstructing the Receiver's efforts.

It is, therefore, ORDERED, that Darryle Douglas is in civil contempt for violation of this Court's Order.

It is further ORDERED that Mr. Douglas shall be incarcerated until he agrees to comply in full with the Court's Order dated September 15, 2015.

The United States Marshal is hereby DIRECTED to issue and execute a warrant for Mr. Douglas' arrest and incarceration until he can be brought before this Court and until he agrees to comply with the Order in question.

Signed: December 10, 2015

Graham C. Mullen
United States District Judge