IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, <br><br> Defendants, | No. 3:12-CV-519 |

**ORDER APPROVING THE RECEIVER'S MOTION FOR THE COURT TO EXERCISE ITS DISCRETION AND CONSIDER RELEASE OF A PORTION OF THE HOLDBACK**

This Order addresses the Receiver's Motion for the Court to Exercise its Discretion and Consider Release of a Portion of the Holdback. The Receiver asks the Court to exercise its discretion and enter an order approving the release of $200,000.00 in held-back fees to the Receiver and McGuireWoods LLP, and $140,000.00 to FTI Consulting, Inc.

Having considered the Receiver's Motion, it is HEREBY ORDERED that the Receiver's Motion for the Court to Exercise its Discretion and Consider Release of a Portion of the Holdback is GRANTED, and that the Receiver may immediately release $200,000.00 in held-back funds to the Receiver and McGuireWoods LLP, and $140,000.00 in held-back funds to FTI Consulting, Inc.

Signed: December 14, 2015

Graham C. Mullen
United States District Judge