IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) vs. ) ) ) REX VENTURE GROUP, LLC ) d/b/a ZEEKREWARDS.COM, and ) PAUL BURKS, ) ) Defendants, ) ) ) | No. 3:12-CV-519 |

**MOTION TO UNSEAL RECEIVER'S SEALED MOTION AND MEMORANDUM AND COURT'S SEALED ORDER**

Kenneth D. Bell, Court-appointed Receiver ("Receiver") of Rex Venture Group, LLC d/b/a ZeekRewards.com ("RVG" or "Rex Venture Group"), respectfully requests that the Court unseal the Sealed Motion and Memorandum submitted to the Court on Thursday, February 11, 2016, along with the Sealed Order signed and issued by the Court on Friday, February 12, 2016.

The Receiver reports that the funds subject to the Court's Sealed Order have been frozen, and pursuant to the Sealed Order, the previously sealed filings may now be unsealed and filed in the Court's electronic docket.

Respectfully submitted this 16th day of February, 2016.

By:   /s/ *Matthew E. Orso*
    Kenneth D. Bell
    N.C. State Bar No. 10800
    Matthew J. Hoefling
    N.C. State Bar No. 29272
    Matthew E. Orso
    N.C. State Bar No. 42409
    MCGUIREWOODS LLP
    201 North Tryon Street, Suite 3000 (28202)
    Post Office Box 31247
    Charlotte, North Carolina 28231
    Telephone: 704-373-4620
    Facsimile: 704-373-8836
    kbell@mcguirewoods.com

    Jennifer L. Farer
    Admitted *pro hac vice*
    MCGUIREWOODS LLP
    2001 K Street NW
    Suite 400
    Washington, DC 20006
    Telephone: 202-857-1708
    Facsimile: 202-828-3336
    jfarer@mcguirewoods.com


    *Court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com*

2

Case 3:12-cv-00519-GCM   Document 472   Filed 02/16/16   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing electronically, which will serve the attorneys for parties authorized to receive service through the Court's electronic docketing system.

This the 16th day of February, 2016.

                                             */s/ Matthew E. Orso*
                                             Matthew E. Orso