**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:12-CV-519**

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | ) ) ) ) | |
| Defendants, | ) ) ) | |

THIS MATTER is before the Court on the Receiver's Motion to Unseal Receiver's Sealed Motion and Memorandum and Court's Sealed Order (Doc. No. 472).

The Receiver's motion is hereby GRANTED.

IT IS, THEREFORE, ORDERED that the Clerk of Court SHALL UNSEAL AND FILE IN THE ELECTRONIC DOCKET the Receiver's Sealed Ex Parte Motion for an Order Directing Payza, Payment World, and VictoriaBank to Turn Over Receivership Assets and/or Find Them in Contempt of the Court's Order Freezing and Preserving Receivership Assets ("Turnover and Contempt Motion").

IT IS FURTHER ORDERED that the Clerk of Court SHALL UNSEAL AND FILE IN THE ELECTRONIC DOCKET the Court's Sealed Order signed by the Court on February 12,

2016 freezing certain funds pending consideration and resolution of the merits of the Receiver's Turnover and Contempt Motion.

Signed: February 16, 2016

Graham C. Mullen
United States District Judge