IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:12-CV-519

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) ORDER |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | )<br>)<br>)<br>) |
| Defendants, | )<br>)<br>) |

THIS MATTER is before the Court on the Receiver's Motion to Unseal Receiver's Sealed Motion and Memorandum and Court's Sealed Order (Doc. No. 472). The Court previously unsealed the Receiver's Turnover and Contempt Motion but did not direct the Clerk of Court to unseal the Receiver's Memorandum in Support of the Turnover and Contempt Motion.

IT IS, THEREFORE, ORDERED that the Clerk of Court SHALL UNSEAL AND FILE IN THE ELECTRONIC DOCKET the Receiver's Memorandum in Support of Sealed Ex Parte Motion for an Order Directing Payza, Payment World, and VictoriaBank to Turn Over Receivership Assets and/or Find Them in Contempt of the Court's Order Freezing and Preserving Receivership Assets and all exhibits to such memorandum.

Signed: February 17, 2016

Graham C. Mullen
United States District Judge