IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>REX VENTURES GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>Defendants. | Civil Action No. 3:12-cv-519 |

## TEMPORARY ORDER ALLOWING RECEIVER'S MOTION TO SEAL

**WHEREAS**, this matter has come before the Court upon the Receiver's Motion to Seal seeking authorization to file under seal the (yet to be filed) Receiver's Motion to Approve Settlement With NewBridge Bank and the underlying settlement agreement.

**WHEREAS**, based on the record in these proceedings, the Court temporarily grants authorization to file the Receiver's Motion to Approve Settlement With NewBridge Bank and the underlying settlement agreement under seal with the Court;

**WHEREAS**, temporary filing the Receiver's Motion to Approve Settlement With NewBridge Bank and the underlying settlement agreement under seal is necessary and essential to enable the Court to review the documents and rule upon the Receiver's Motion to Seal;

**IT IS HEREBY ORDERED THAT:**

1. The Receiver's Motion to Seal is temporarily **GRANTED**;

1

2. The Receiver may immediately file under seal the Motion to Approve Settlement With NewBridge Bank and the underlying settlement agreement; and

3. This Temporary Order Allowing Receiver's Motion to Seal is subject to further review by the Court.

Signed: March 2, 2016

Graham C. Mullen
United States District Judge