**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-519-GCM**

| | |
|---|---|
| **SECURITES AND EXCHANGE COMMISSION,** ) ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| **REX VENTURE GROUP, LLC,** *et al,* ) | |
| Defendants. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jeffrey Paul Alpert,** filed March 3, 2016 [doc. # 481].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Alpert is admitted to appear before this court *pro hac vice* on behalf of Paymentworld, LLC, a California Limited Liability Company.

**IT IS SO ORDERED.**

Signed: March 8, 2016

*[signature]*

Graham C. Mullen
United States District Judge