IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 3:12-CV-519 |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | ) ) ) ) | |
| Defendants, | ) ) ) | |

**ORDER GRANTING RECEIVER'S MOTION FOR LIMITED MODIFICATION
OF ORDER APPROVING DISTRIBUTION PROCEDURES
AND CERTAIN OTHER RELATED RELIEF**

Upon the Receiver's Motion for Limited Modification of Order Approving Distribution Procedures and Certain Other Related Relief (the "Motion"); and the Court having reviewed the Motion; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DEGREED** that:

1. The Motion is GRANTED in its entirety.

2. Paragraph 34 of the Order Approving Distribution Procedures and Certain Other Related Relief (the "Initial Order") is hereby modified so that the Receiver may pay certain Foreign Affiliates by wire transfer in U.S. dollars if the conditions in paragraph 3 below are satisfied. The

1

Initial Order remains in full force and effect except to the extent provided herein. To the extent this Order conflicts with the Initial Order, this Order shall control.

3. In order for a Foreign Affiliate to be eligible to receive its Distribution(s) by wire transfer in U.S. Dollars, the Foreign Affiliate is required to have: i) either been sent a Distribution check that has not been cashed or not yet been sent a Distribution check; ii) logged into the Claim Portal and requested payment of their Distribution by wire through a link that only Foreign Affiliates in the first category will be uniquely able to access; iii) provided all the necessary wire information requested on the Claim Portal; iv) agreed to pay, as a deduction from its Distribution, any and all fees incurred in sending and/or receiving the wire(s) (including without limitation any currency conversion fee associated with receiving a wire in U.S. dollars); v) agreed to pay, as a deduction from its Distribution, any costs associated with canceling any uncashed check issued by the Receiver to the Foreign Affiliate; vi) agreed that the Receiver is not responsible for and shall have no liability in regard to any fees and or costs deducted from the Distribution by the recipient financial institution, including without limitation the currency conversion rate used by the recipient financial institution; vii) acknowledged that the wire(s) will be payable on the same schedule as Distributions payable by check; and viii) agreed to release the Receiver and the Receivership Team on account of any liability associated with the sending of the wire, including without limitation a misdirected wire caused by incorrect wire information being provided by the Foreign Affiliate or a change in the exchange rate of their local currency and the U. S. dollar.

Signed: April 27, 2016

Graham C. Mullen
United States District Judge