# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>   v.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>              Defendants. | Case No. 3:12-cv-519<br><br>**ORDER** |

**THIS MATTER** is before the Court on Kiran H. Mehta's Application for Admission to Practice *Pro Hac Vice* of Kathleen Meyers Campbell. It appearing that Kathleen Meyers Campbell is a member in good standing with the Georgia State Bar and will be appearing with Kiran H. Mehta, a member in good standing with the Bar of this Court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Kiran H. Mehta's Application for Admission to Practice *Pro Hac Vice* of Kathleen Meyers Campbell is **GRANTED**, and that Kathleen Meyers Campbell is **ADMITTED** to practice, pro hac vice, before the Bar of this Court while associated with Kiran H. Mehta.

Signed: April 29, 2016

Graham C. Mullen
United States District Judge