IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> REX VENTURE GROUP, LLC ) <br> d/b/a ZEEKREWARDS.COM, and PAUL BURKS, ) <br> ) <br> Defendants. ) <br> ) <br> _____) | ORDER <br> No. 3:12-CV-519 |

This matter is before the Court upon Paymentworld, LLC's ("Paymentworld") Motion for a Protective Order, filed on July 11, 2016. (Doc. No. 535). Paymentworld seeks to have the court postpone the deposition of Roman Balanko, Paymentworld CEO, currently set for August 16, until such time as two pending motions filed in a related California state-court action can be resolved. The Court is informed that one of those motions, a motion to intervene filed by the Receiver, has already been decided in the Receiver's favor. The Court has read the briefs and finds that PaymentWorld has failed to meet its heavy burden to establish good cause. *See* Fed. R. Civ. Pro. 26(c); *Minter v. Wells Fargo Bank, N.A.*, 258 F.R.D. 118, 124-25 (D.Md. 2009). Accordingly,

IT IS THEREFORE ORDERED that Paymentworld's Motion for a Protective Order is hereby DENIED.

Signed: August 9, 2016

Graham C. Mullen
United States District Judge