IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>Vs.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>Defendant. | Civil Action No. 3:12 cv 519 |

## ORDER GRANTING RECEIVER'S MOTION TO APPROVE SETTLEMENT AGREEMENT AND AUTHORIZE SALE OF PROPERTY

THIS MATTER is before the Court on the Receiver's Motion to Approve Settlement Agreement with Jaymes Meyer and Preferred Merchants Solutions LLC and Authorize Sale of Property. The Court has reviewed the motion and proposed settlement and finds that the proposed settlement is fair and equitable and is in the best interests of Zeek victims. Accordingly, the Court will grant the motion.

## ORDER

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that:

1. the Receiver's Motion to Approve Settlement Agreement with Jaymes Meyer and Preferred Merchants Solutions LLC and Authorize Sale of Property is hereby **GRANTED**; and

2. the Settlement Agreement attached to the motion is approved, and the Receiver is hereby authorized to perform according to the terms of that Settlement Agreement, including proceeding with the sale of the real property, fixtures and all improvements located at 1175 First Avenue, Napa, California 94558, parcel # 045-0190-005.

Signed: September 19, 2016

Graham C. Mullen
United States District Judge