IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) No. 3:12-CV-519 |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | )<br>)<br>)<br>) |
| Defendants, | )<br>)<br>) |

**ORDER GRANTING RECEIVER'S MOTION
TO AFFIRM DISALLOWANCE OF CLAIMS AND FORFEIT
OF DISTRIBUTIONS FOR FAILURE TO SUBMIT OFAC AND RELEASE**

THIS MATTER is before the Court upon the Receiver's Motion to Affirm the Disallowance of Claims and Forfeit of Distributions on account of such Claims for the failure by Affiliates to submit an OFAC Certification and Required Release pursuant to the Order Approving Distribution Procedures and Certain Other Related Relief (Doc. No. 199) (the "Motion").[1] The Court, having considered the Motion, the proceedings that have occurred in this Case, and the relevant case law, and after due deliberation and sufficient cause having been shown, Grants the Motion in all respects.

IT IS, THEREFORE, ORDERED that pursuant to Paragraph 37 of the Order, the Receiver may deem any claim of a Subject Affiliate that has failed to submit the Required Information by

---

[1] Capitalized terms used, but not defined herein, shall have the meaning ascribed them in the Motion.

1

11:59 p.m., Eastern time, on December 31, 2016, as disallowed and the distribution to be made on account of any such claim as forfeited.

IT IS FURTHER ORDERED that the Receiver shall release any amounts held in reserve on account of a disallowed claim to the general pool of assets from which distributions will be made to holders' of Allowed Claims.

IT IS FURTHER ORDERED that the Receiver may make limited exceptions to the disallowance of a claim and the forfeiture of the distributions on account of such claim for cause, in his sole discretion, at any time prior to making a final Distribution, but only in the event that such Subject Affiliate also provides the Required Information.

Signed: November 10, 2016

Graham C. Mullen
United States District Judge