# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **No. 3:12-CV-519** |
| **REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,** | ) ) ) ) | |
| **Defendants.** | ) ) ) | |

## ORDER GRANTING RECEIVER'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH GARY BESSONI, PEAK USA, LLC and PEAK IMPACT, LLC

This matter is before the Court upon the Receiver's Motion to Approve Settlement Agreement with Gary Bessoni, Peak USA, LLC and Peak Impact, LLC ("Bessoni Defendants") filed November 4, 2016. The Court has reviewed the motion and proposed settlement and finds that the proposed settlement is fair and equitable and is in the best interests of the Zeek victims. Accordingly, the Court will grant the motion.

## ORDER

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that:

1.     the Receiver's Motion to Approve Settlement Agreement with the Bessoni Defendants is hereby **GRANTED**; and

46658545_1

2.      the Settlement Agreement attached to the motion is approved, and the Receiver is

hereby authorized to perform according to the terms of that Settlement Agreement.


Signed: November 16, 2016


Graham C. Mullen
United States District Judge

46658545_1