IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REX VENTURE GROUP, LLC<br>d/b/a ZEEKREWARDS.COM, and PAUL BURKS, )<br>)<br>Defendants, )<br>) | No. 3:12-CV-519 |

## ORDER APPROVING THE RECEIVER'S MOTION FOR THE COURT TO EXERCISE ITS DISCRETION AND CONSIDER RELEASE OF A PORTION OF THE HOLDBACK

This Order addresses the Receiver's Motion for the Court to Exercise its Discretion and Consider Release of a Portion of the Holdback. The Receiver asks the Court to exercise its discretion and enter an order approving the release of held-back fees in excess of $1 million to the Receiver and McGuireWoods LLP.

Having considered the Receiver's Motion, it is HEREBY ORDERED that the Receiver's Motion for the Court to Exercise its Discretion and Consider Release of a Portion of the Holdback is GRANTED, and that the Receiver may immediately release held-back funds in excess of $1 million to the Receiver and McGuireWoods LLP.

Signed: December 21, 2016

Graham C. Mullen
United States District Judge