# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>        Defendants. | Case No. 3:12-cv-519 |

## ORDER GRANTING VICTORIABANK'S MOTION TO FILE UNDER SEAL

The Court has reviewed Non-Party Banca Comerciala Victoriabank SA's ("Victoriabank") Motion to File Under Seal its Supplemental Reply Memorandum in Further Support of its Motion by Special Appearance to Dismiss Receiver's Motion to Turn Over Assets and/or Find it in Contempt, and for Dissolution of February 12, 2016 Order Freezing Assets ("Motion to Seal").

For the reasons stated in the Motion to Seal, and pursuant to Local Rule of Civil Procedure 6.1 and the Protective Order in the above-captioned case, the Court GRANTS Victoriabank's Motion to Seal and seals Victoriabank's underlying Supplemental Reply Memorandum in Further Support of its Motion to Dismiss and the accompanying exhibits.

Signed: April 17, 2017

_____
Graham C. Mullen
United States District Judge