**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 3:12-cv-519 |
| v. | **ORDER** |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | |
| Defendants. | |

This matter is before the Court upon its own motion. The Court held oral argument on VictoriaBank's Motion to Dismiss (Doc. No. 494) on May 3, 2017. At the conclusion of the hearing, the Court announced its intent in open court to grant the motion, but stayed the Order for 30 days to allow the Receiver an opportunity to appeal. The Receiver filed its Notice of Appeal on May 23, 2017, appealing the Court's ruling. As the Court indicated at the hearing, the Court will stay the dissolving of the February 12, 2016 Freeze Order pending the conclusion of the appeal.

IT IS SO ORDERED.

Signed: May 25, 2017

Graham C. Mullen
United States District Judge