IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>       Defendants. | Case No. 3:12-cv-519 |

**NON-PARTY BANCA COMERCIALA VICTORIABANK SA'S
MOTION TO VACATE ORDER STAYING DISSOLUTION OF FEBRUARY 12, 2016
FREEZE ORDER**

Non-Party Banca Comerciala Victoriabank SA ("Victoriabank"), appearing specially, respectfully moves this Court to vacate its May 25, 2017 Order Staying Dissolution of the February 12, 2016 Freeze Order (the "Stay Order" [ECF No. 606]). Alternatively, Victoriabank requests that this Court require the Receiver to post a bond pursuant to Fed. R. Civ. P. 62(c) in the amount of $13,174,015.48. Victoriabank also requests that the Court recommend to the Fourth Circuit that the Receiver's appeal be expedited.

In support of this motion, Victoriabank relies on its supporting memorandum of law filed contemporaneously herewith.

Respectfully submitted, this 30th day of May, 2017.

By: *s/ Kiran H. Mehta*
Kiran H. Mehta
NC Bar No. 11011
TROUTMAN SANDERS LLP
One Wells Fargo Center
301 S. College Street, Suite 3400
Charlotte, NC 28202
Telephone: 704.998.4072
Facsimile: 704.998.4051
Email: kiran.mehta@troutmansanders.com

Lindsey B. Mann (*Admitted Pro Hac Vice*)
Kathleen M. Campbell (*Admitted Pro Hac Vice*)
TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Phone: (404) 885-3000
Facsimile: (404) 885-3900
Email: lindsey.mann@troutmansanders.com
kathleen.campbell@troutmansanders.com

Attorneys for Movant Banca Comerciala Victoriabank, S.A.

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NON-PARTY BANCA COMERCIALA VICTORIABANK SA'S MOTION TO VACATE ORDER STAYING DISSOLUTION OF FEBRUARY 12, 2016 FREEZE ORDER** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 30th day of May, 2017.

                                            *s/ Kiran H. Mehta*
                                            Kiran H. Mehta
                                            North Carolina Bar No. 11011