# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>  Defendants. | Case No. 3:12-cv-519<br><br>**ORDER** |

This matter is before the Court upon its own motion. The Court hereby AMENDS its Order entered on May 25, 2017 to state: IT IS THEREFORE ORDERED that VictoriaBank's Motion to Dismiss (Doc. No. 494) is hereby GRANTED. The remainder of the Order remains unchanged.

IT IS SO ORDERED.

Signed: June 14, 2017

Graham C. Mullen
United States District Judge