IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REX VENTURE GROUP, LLC<br>d/b/a ZEEKREWARDS.COM, and<br>PAUL BURKS,<br><br>　　　　Defendants. | Civil Action No. 3:12 cv 519 |

　　　　This matter is before the Court upon the Receiver's Fifth Motion to Approve Settlement Agreements and for Leave to Settle Certain Claims Against Net Winners. The Court has reviewed Receiver's motion, proposed settlements and earlier related submissions and finds that the propose settlements are fair and equitable and are in the best interests of the Zeek victims.

　　　　Accordingly, IT IS THEREFORE ORDERED that the Receiver's Fifth Motion to Approve Settlement Agreements and for Leave to Settle Certain Claims Against Net Winners is hereby GRANTED, and the Receiver is hereby authorized to perform according to the terms of the Settlement Agreements.

　　　　　　　　　　　　　　　　　　　　Signed: September 5, 2017

　　　　　　　　　　　　　　　　　　　　Graham C. Mullen
　　　　　　　　　　　　　　　　　　　　United States District Judge