IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>REX VENTURE GROUP, LLC<br>d/b/a ZEEKREWARDS.COM, and<br>PAUL BURKS,<br><br>    Defendants. | Civil Action No. 3:12 cv 519 |

    This matter is before the Court upon the Receiver's Motion for Leave of Court to Terminate Dedicated Hosting Agreement. The Court has reviewed Receiver's motion and finds that the motion should be granted for good cause shown and in the best interests of the RVG Receivership and its beneficiaries.

    Accordingly, IT IS THEREFORE ORDERED that the Receiver's Motion for Leave of Court to Terminate Dedicated Hosting Agreement is hereby GRANTED, and the Receiver is hereby authorized in his discretion to terminate the Dedicated Hosting Agreement between the Receiver and Internet Dynamo, Inc. and to allow Internet Dynamo to cease maintaining the "Listed Servers" as described in the Receiver's motion.

Signed: January 29, 2018

Graham C. Mullen
United States District Judge