# EXHIBIT B

Rex Venture Group LLC Receivership
Case No. 3:12-cv-00519-GCM
Reporting Period 10/01/2017 to 12/31/2017

| | **Opening Balance** | | $26,350,969.12 |
|---|---|---|---|
| **RECEIPTS** | | | |
| | **Received From** | **Amount** | |
| | Interest earned on Receiver's accounts | $9,358.23 | |
| | Settlements from Affiliate-Investors | $1,826,585.42 | |
| | Subtotal Receipts: | | $1,835,943.65 |
| | | | |
| **DISBURSEMENTS** | | | |
| | **Expense Category** | **Amount** | |
| | Bank Fee | ($13,809.85) | |
| | Distribution Plan Implementation Expenses | ($120,963.55) | |
| | Disbursements to Investors | ($140,317.44) | |
| | Forensic Accounting Services[1] | ($132,135.60) | |
| | Legal Services[2] | ($364,911.71) | |
| | Personal Asset Expenses | ($215.00) | |
| | Property Taxes | ($2,017.28) | |
| | Utilities | ($378.06) | |
| | Website Hosting | ($96,561.00) | |
| | Subtotal Disbursements: | | ($871,309.49) |
| | **Grand Total Cash on Hand:** | | **$27,315,603.28** |

[1] Forensic Accounting Services consists of one payment to FTI.
[2] Legal Services consists of payments to various local counsel working on behalf of the Receiver.