IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) No. 3:12-CV-519 |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

### ORDER GRANTING RECEIVER'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH M.H. PILLARS, LTD. AND M.H. PILLARS, INC.

This matter is before the Court upon the Receiver's Motion to Approve Settlement Agreement with M.H. Pillars, Ltd. and M.H. Pillars, Inc., filed March 27, 2019. The Court has reviewed the motion and proposed settlement and finds that the proposed settlement is fair and equitable and is in the best interests of the Zeek victims. Accordingly, the Court will grant the motion.

**ORDER**

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that:

1. The Receiver's Motion to Approve Settlement Agreement with M.H. Pillars, Ltd. and M.H. Pillars, Inc. is hereby **GRANTED**; and

1

2. The Settlement Agreement attached to the motion is approved, and the Receiver is hereby authorized to perform according to the terms of that Settlement Agreement.

Signed: March 28, 2019

Graham C. Mullen
United States District Judge