IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-519

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) | |
| Plaintiff, ) ) | ORDER |
| v. ) ) | |
| REX VENTURE GROUP, LLC ) d/b/a Zeekrewards.com, ) | |
| Defendants. ) | |

THIS MATTER IS BEFORE THE COURT on the Securities and Exchange Commission's ("SEC") Objections to the Receiver's Applications for Fees and Expenses for the Second Quarter of 2017 (Doc. No. 700) and the Fourth Quarter of 2017 (Doc. No. 703). Although the SEC has requested a hearing, the Court finds that the filings are adequate for the Court to make a decision.

On November 30, 2018, the Court entered an Order overruling the SEC's objections to the Receiver's Third Quarter of 2017 Fee Application. (Doc. No. 714). The SEC's objections to the Second and Fourth Quarter Applications are essentially the same as those raised to the Third Quarter Application: "vague, repetitive [time] entries, block billing and lumping of tasks, … an inefficient staffing model and … undisclosed rate increases." (Doc. Nos. 700, 703, p. 2). Neither the Second Quarter nor the Fourth Quarter objections raise any substantive issues that were not previously briefed by the Receiver and the SEC in the Third Quarter objections. The Court has reviewed these objections again specifically with respect to the Second and Fourth Quarter Fee Applications and overrules those objections pursuant to the rationale set forth in the Order of November 30, 2018.

IT IS THEREFORE ORDERED THAT the SEC's objections to the Second and Fourth Quarter 2017 Fee Applications are overruled, and the Receiver's Application for Fees and Expenses for the Fourth Quarter of 2017 is approved.[1] A separate Order will be entered approving the amounts requested in the application.

Signed: May 9, 2019

Graham C. Mullen
United States District Judge

---

[1] The Court has already granted the Receiver's Application for Fees and Expenses for the Second Quarter of 2017. *See* Doc. No. 637. The SEC's objection seeks a reduction in the amount that was awarded.