**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,**<br><br>**Defendants.** | **No. 3:12-CV-519** |

## ORDER

      Upon consideration of the Receiver's Motion to add Epiq/GCG to the list of Retained Personnel to assist in carrying out the duties and responsibilities described in the Amended Receivership Order, the Motion is GRANTED.

      The Court authorizes the continued engagement of Epiq/GCG as Retained Personnel under the Amended Receivership Order.

      Signed: June 5, 2019

Graham C. Mullen
United States District Judge