IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

REX VENTURE GROUP, LLC
d/b/a ZEEKREWARDS.COM, and
PAUL BURKS,

    Defendants.

Civil Action No. 3:12-CV-519

## ORDER GRANTING RECEIVER'S MOTION TO APPROVE THE SALE OF CERTAIN NET WINNERS JUDGMENTS

This matter is before the Court on the Receiver's Motion to Approve the Sale of Certain Net Winners Judgments (the "Motion"). (Doc. No. 752). The Motion asks the Court to approve the sale of certain judgments obtained in Civil Action Number 3:14-cv-91 (the "Judgments") and approve the Purchase Agreement attached as Exhibit A to the Motion.

After reviewing and considering the Motion, and for good cause shown, the Motion is hereby GRANTED.

IT IS HEREBY FOUND AND ORDERED AS FOLLOWS:

1. The Notice of Receiver's Motion to Approve the Sale of Certain Net Winners Judgment attached to the Motion as Exhibit B (the "Notice") is hereby approved and constitutes good and sufficient Notice for the relief sought in the Motion.

2. The Receiver has shown good cause and reason exists to sell the Judgments.

3. The Receiver's marketing and solicitation of the Judgments was done in good faith and was sufficient for the Court to approve the sale and Purchase Agreement.

4. The Receiver has shown good cause to sell the Judgments by private sale, and to waive the auction and notice requirements contained in 28 U.S.C. § 2001(b).

5. The negotiation of the Purchase Agreement was an arm's length transaction, and the Receiver acted at all times in good faith for the best interest of the RVG Estate.

6. The Receiver's request to sell the Judgments and enter into the Purchase Agreement is in the best interest of the RVG Estate. The Receiver may enter into the Purchase Agreement attached to his Motion as Exhibit A and sell the Judgments to the Buyer according to the terms contained therein.

7. This Court shall retain jurisdiction to hear and determine all matters arising from this Order.

Signed: July 30, 2019

Graham C. Mullen
United States District Judge