IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br>      Plaintiff, <br><br> vs. <br><br> REX VENTURES GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, <br><br>      Defendants. | Civil Action No. 3:12 cv 519 |

## <u>ORDER</u>

This matter is before the Court upon the Receiver's Application for Fees and Expenses by the Receiver and His Advisors for the First Quarter of 2018, filed May 13, 2019 (the "Application"). The Court has considered the Application as well as the objections of the SEC,[1] and for good cause shown, **IT IS ORDERED, ADJUDGED AND DECREED** that:

1.      The Receiver's Application is **GRANTED**.

2.      The Receiver and McGuireWoods LLP **SHALL BE AWARDED** an allowance of $107,275.40 (of which $21,455.08 will be held back pending further petition to and approval by the Court) for legal services rendered during the

---

[1] The SEC's objections are essentially the same as those previously raised as to the Receiver's Second, Third, and Fourth Quarter of 2017 Fee Applications. The Court addressed these objections in its Order of November 30, 2018 overruling the SEC's objections to the Receiver's Third Quarter of 2017 Fee Application. (Doc. No. 714).

Compensation Period set forth in the Application, and $34,865.62 for the reimbursement of expenses incurred during the same period.

3.      FTI Consulting, Inc. **SHALL BE AWARDED** an allowance of $96,566.00 (of which $19,313.20 will be held back pending further petition to and approval by the Court) for services rendered during the Compensation Period.

4.      The Receivership Estate **IS HEREBY AUTHORIZED** to immediately pay such amounts and reimburse McGuireWoods LLP and FTI Consulting, Inc. for approved expenses.

Signed: August 9, 2019

Graham C. Mullen
United States District Judge