**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 3:12-cv-519 |
| v. | **ORDER** |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | |
| Defendants. | |

This matter is before the Court upon the Receiver's original and amended motions to find Victoriabank in contempt of the Court's Order freezing and preserving receivership assets (Doc. Nos. 469 and 671). A hearing was held in this matter on October 1, 2019. For the reasons stated in open court,

IT IS THEREFORE ORDERED that the Receiver's Motion and Renewed Motion are DENIED as to Victoriabank. The February 12, 2016 Freeze Order shall remain in effect for 30 days to allow the Receiver an opportunity to appeal should he wish to do so.

Signed: October 1, 2019

Graham C. Mullen
United States District Judge