# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) vs. ) ) ) REX VENTURE GROUP, LLC ) d/b/a ZEEKREWARDS.COM, and PAUL ) BURKS, ) ) Defendants, ) ) ) | No. 3:12-CV-519 |

## ORDER

THIS MATTER is before the Court upon the Receiver's Request for Court Approval to Reimburse Receiver's Counsel for Data Hosting Expenses.

The Court finds that the data hosting services at issue are for the benefit of the Receivership Estate and not for the benefit of McGuireWoods. Therefore, the Court finds good cause to approve the reimbursement of McGuireWoods for the costs it advanced on behalf of the Receivership Estate to Kroll for data hosting.

IT IS, THEREFORE, ORDERED that the Court hereby APPROVES the Receiver's request to reimburse McGuireWoods from Receivership funds in the amount of $215,566.78.

Signed: December 19, 2019

Graham C. Mullen
United States District Judge