IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) vs. ) ) ) REX VENTURE GROUP, LLC ) d/b/a ZEEKREWARDS.COM, and PAUL ) BURKS, ) ) Defendants, ) ) | No. 3:12-CV-519 |

**ORDER**

THIS MATTER is before the Court upon the request of the Arizona Unclaimed Property Section for an order instructing it to pay to the Receiver the specific cashier's checks and money orders for the Receiver's Claim Number 500308238.

The Court finds that its August 17, 2012 Order already requires that the Arizona Unclaimed Property Section pay all funds in its possession, custody or control from uncashed cashier's checks and money orders made payable to Rex Venture Group, LLC or any close variation thereof, to the Receiver. The Court further finds that the properties included in the Receiver's Claim Number 500308238 are Receivership Property and should be paid to the Receiver. Nevertheless, in the interest of facilitating a prompt payment of the Receiver's Claim, the Court will agree to issue another order specific to these properties.

IT IS, THEREFORE, ORDERED that the Court hereby orders the Arizona Unclaimed Property Section to pay all funds in its possession, custody or control from uncashed cashier's

checks and money orders made payable to Rex Venture Group, LLC or any close variation thereof, to the Receiver, including, but not limited to those associated with Claim Number 500308238 as identified below:

- Property ID 7496683, Check No. 0008987417, Cashier's check, Bank of America – Arizona, payable to Rex Venture Group LLC in the amount of $525.00.
- Property ID 7496684, Check No. 0009476451, Cashier's check, Bank of America – Arizona, payable to Rex Venture Group LLC in the amount of $2,000.00.
- Property ID 7496685, Check No. 0009540753, Cashier's check, Bank of America – Arizona, payable to Rex Venture Group LLC in the amount of $2,000.00.
- Property ID 7496686, Check No. 0009576615, Cashier's check, Bank of America – Arizona, payable to Rex Venture Group LLC in the amount of $500.00.
- Property ID 7592562, Check No. 201230, Cashier's check, Arizona Federal Credit Union, payable to Rex Venture Group LLC Account in the amount of $1,950.00.
- Property ID 7592563, Check No. 560843, Cashier's check, Arizona Federal Credit Union, payable to Rex Venture Group LLC (DW) in the amount of $9,950.00.
- Property ID 7825468, Check No. 732500175, Cashier's check, Wells Fargo Bank NA, payable to Rex Venture Group LLC in the amount of $100.00.
- Property ID 7827959, Check No. 615810490, Money order, Wells Fargo Bank NA, payable to Rex Venture Group in the amount of $1,000.00.
- Property ID 8461334, Check No. 632410185, Cashier's check, Wells Fargo Bank NA, payable to Rex Venture Group LLC in the amount of $500.00.
- Property ID 8461335, Check No. 632410186, Cashier's check, Wells Fargo Bank NA, payable to Rex Venture Group LLC in the amount of $120.00.
- Property ID 8474658, Check No. 22940623, Money order, Wells Fargo Bank NA, payable to Rex Ventures LLC in the amount of $50.00.
- Property ID 8474659, Check No. 22940693, Money order, Wells Fargo Bank NA, payable to Rex Venture Group LLC in the amount of $100.00.
- Property ID 8474660, Check No. 22940694, Money order, Wells Fargo Bank NA, payable to Rex Venture Group LLC in the amount of $100.00.
- Property ID 8474661, Check No. 22940695, Money order, Wells Fargo Bank NA, payable to Rex Venture Group LLC in the amount of $50.00.
- Property ID 8550642, Check No. 9574573, Cashier's check, Bank of America – Arizona, payable to Rex Venture Group in the amount of $50.00.
- Property ID 8550643, Check No. 9080769, Cashier's check, Bank of America – Arizona, payable to Rex Venture Group LLC in the amount of $1,000.00.
- Property ID 8550644, Check No. 9283671, Cashier's check, Bank of America – Arizona, payable to Rex Venture Group LLC in the amount of $500.00.
- Property ID 8550645, Check No. 9352855, Cashier's check, Bank of America – Arizona, payable to Rex Venture Group LLC in the amount of $500.00.
- Property ID 8550646, Check No. 9355323, Cashier's check, Bank of America – Arizona, payable to Rex Venture Group LLC in the amount of $90.00.

- Property ID 8550647, Check No. 9472199, Cashier's check, Bank of America – Arizona, payable to Rex Venture Group LLC in the amount of $1,000.00.
- Property ID 8550648, Check No. 9637102, Cashier's check, Bank of America – Arizona, payable to Rex Venture Group LLC in the amount of $5,000.00.
- Property ID 8550649, Check No. 9661161, Cashier's check, Bank of America – Arizona, payable to Rex Venture Group LLC in the amount of $1,000.00.
- Property ID 8550650, Check No. 9628618, Cashier's check, Bank of America – Arizona, payable to Rex Venture Group LLC Account in the amount of $350.00.
- Property ID 8550651, Check No. 9668533, Cashier's check, Bank of America – Arizona, payable to Rex Ventures Group LLC in the amount of $800.00.
- Property ID 8878738, Check No. 3200017668, Cashier's check, Desert Financial Federal Credit Union, payable to Rex Venture Group in the amount of $1,000.00.
- Property ID 9810182, Check No. 364093, Cashier's check, Zions First National Bank, payable to Rex Venture Group LLC in the amount of $200.00.
- Property ID 9810183, Check No. 364094, Cashier's check, Zions First National Bank, payable to Rex Venture Group LLC in the amount of $500.00.
- Property ID 9810196, Check No. 395551, Cashier's check, Zions First National Bank, payable to Rex Venture Group in the amount of $2,000.00.
- Property ID 9810283, Check No. 431440, Cashier's check, Zions First National Bank, payable to Rex Venture Group LLC in the amount of $99.00.

Signed: December 23, 2019

Graham C. Mullen
United States District Judge