IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, <br><br> Defendants. | No. 3:12-CV-519 |

## ORDER

Upon consideration of an oral Motion for Extension of Time to the File Receiver's Status Report for the Fourth Quarter of 2019, and for good cause shown, it is ORDERED that:

1. The Receiver's Motion is GRANTED.

2. The Receiver shall have until March 1, 2020 to file his Status Report for the Fourth Quarter of 2019.

Signed: January 31, 2020

Graham C. Mullen
United States District Judge