IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | ) ) ) ) ) |
| Defendants, | ) ) ) ) |

No. 3:12-CV-519

**ORDER**

THIS MATTER is before the Court upon the request of the Receiver for an order instructing the Office of Unclaimed Funds of the State of New York to pay to the Receiver all unclaimed funds being held that originated from cashier's checks, certified checks, and teller checks that were made payable to Rex Venture Group, LLC, Zeek Rewards, or any close variation thereof, including but not limited to the specific cashier's checks, certified checks, and teller checks included in the claim submitted by the Receiver on or about September 27, 2019, Reference Number 14112826.

The Court finds that its August 17, 2012 Order already requires that the Office of Unclaimed Funds of the State of New York pay all funds in its possession, custody or control from uncashed cashier's checks, certified checks, and teller checks made payable to Rex Venture Group, LLC, Zeek Rewards, or any close variation thereof, to the Receiver. The Court further finds that the properties included in the Reference Number 14112826 are Receivership Property and should be paid to the Receiver. Nevertheless, in the interest of facilitating a prompt payment

1

of the Receiver's claim, the Court will agree to issue another order specific to these properties to the State of New York.

IT IS, THEREFORE, ORDERED that the Office of Unclaimed Funds of the State of New York shall pay to the Receiver, within twenty-one (21) days of receipt of this Order, all funds in its possession, custody or control from uncashed cashier's checks, certified checks, and teller checks made payable to Rex Venture Group, LLC, Zeek Rewards, or any close variation thereof, including, but not limited to, those funds or properties associated with Reference Number 14112826 as identified below:

- OUF Account # 65583313, Account No. 6265008718, cashier or teller check, TD Bank NA, payable to Rex Venture Group in the amount of $5,000.00.
- OUF Account # 61814952, Account No. 6265008718, cashier or teller check, TD Bank NA, payable to Rex Venture Group in the amount of $100.00.
- OUF Account # 65583310, Account No. 6265008718, cashier or teller check, TD Bank NA, payable to Rex Venture Group in the amount of $1,000.00.
- OUF Account # 65583316, Account No. 6265008718, cashier or teller check, TD Bank NA, payable to Rex Venture Group in the amount of $2,000.00.
- OUF Account # 61814957, Account No. 6265008718, cashier or teller check, TD Bank NA, payable to Rex Venture Group in the amount of $500.00.
- OUF Account # 61814959, Account No. 6265008718, cashier or teller check, TD Bank NA, payable to Rex Venture Group in the amount of $2,000.00.
- OUF Account # 61814960, Account No. 6265008718, cashier or teller check, TD Bank NA, payable to Rex Venture Group in the amount of $2,500.00.
- OUF Account # 65583311, Account No. 6265008718, cashier or teller check, TD Bank NA, payable to Rex Venture Group in the amount of $10,000.00.
- OUF Account # 61814950, Account No. 6265008718, cashier or teller check, TD Bank NA, payable to Rex Venture Group in the amount of $99.00.
- OUF Account # 61814955, Account No. 6265008718, cashier or teller check, TD Bank NA, payable to Rex Venture Group in the amount of $1,000.00.
- OUF Account # 65583314, Account No. 6265008718, cashier or teller check, TD Bank NA, payable to Rex Venture Group in the amount of $3,000.00.
- OUF Account # 65776302, Account No. 00000000013010201434, cashier or teller check, Bank of America – New York, payable to Rex Venture Group in the amount of $2,500.00.
- OUF Account # 61814962, Account No. 6265008718, cashier or teller check, TD Bank NA, payable to Rex Venture Group in the amount of $2,500.00.
- OUF Account # 61814954, Account No. 6265008718, cashier or teller check, TD Bank NA, payable to Rex Venture Group in the amount of $2,000.00.

- OUF Account # 65583315, Account No. 6265008718, cashier or teller check, TD Bank NA, payable to Rex Venture Group in the amount of $3,000.00.
- OUF Account # 65583312, Account No. 6265008718, cashier or teller check, TD Bank NA, payable to Rex Venture Group in the amount of $1,000.00.
- OUF Account # 65776319, Account No. 00000000013010257852, cashier or teller check, Bank of America – New York, payable to Rex Venture Group LL in the amount of $2,500.00.
- OUF Account # 62124739, Account No. 00000000000000133735, cashier or teller check, Cathay Bank, payable to Rex Venture Group LLC in the amount of $10.00.
- OUF Account # 62124737, Account No. 00000000000000133733, cashier or teller check, Cathay Bank, payable to Rex Venture Group LLC in the amount of $10.00.
- OUF Account # 62124738, Account No. 00000000000000133734, cashier or teller check, Cathay Bank, payable to Rex Venture Group LLC in the amount of $10.00.
- OUF Account # 62124736, Account No. 00000000000000133732, cashier or teller check, Cathay Bank, payable to Rex Venture Group LLC in the amount of $10.00.
- OUF Account # 62216168, Account No. 00000000000021010469, cashier or teller check, Empower FCU, payable to Rex Venture Group LLC in the amount of $50.00.
- OUF Account # 61726130, Account No. 12120391303, cashier or teller check, Bank of America – New York, payable to Rex Venture Group LLC in the amount of $2,500.00.
- OUF Account # 65776281, Account No. 00000000013010170704, cashier or teller check, Bank of America – New York, payable to Rex Venture Group LLC in the amount of $2,000.00.
- OUF Account # 66067919, Account No. 00000000000001447520, certified check, Woori America Bank, payable to Rex Venture Group LLC Ent in the amount of $2,500.00.
- OUF Account # 61715366, Account No. 00000000000021801107, cashier or teller check, Bethpage FCU, payable to Rex Venture Group LL in the amount of $200.00.
- OUF Account # 65776309, Account No. 00000000013010217791, cashier or teller check, Bank of America – New York, payable to Rex Venture Group LLC Account Gentle Doc in the amount of $8,000.00.
- OUF Account # 61726142, Account No. 12120432232, cashier or teller check, Bank of America – New York, payable to Rex Venture Group LLC Account 803 T Centre St Lexington NC 27292 in the amount of $1,000.00.
- OUF Account # 61725743, Account No. 12110085032, cashier or teller check, Bank of America – New York, payable to Rex Venture Group LLC Account in the amount of $250.00.
- OUF Account # 65776303, Account No. 00000000013010201435, cashier or teller check, Bank of America – New York, payable to Rex Venture Group LLC Account in the amount of $2,000.00.
- OUF Account # 65776310, Account No. 00000000013010217793, cashier or teller check, Bank of America – New York, payable to Rex Venture Group LLC Account in the amount of $10,000.00.
- OUF Account # 66067937, Account No. 00000000000001447549, cashier or teller check, Woori America Bank, payable to Rex Venture Group LLC Account Ent in the amount of $2,000.00.

- OUF Account # 61761597, Account No. 00000000000000142578, cashier or teller check, Capital Communications FCU, payable to Rex Venture Group LLC Acct in the amount of $1,000.00.
- OUF Account # 61726104, Account No. 12120373737, cashier or teller check, Bank of America – New York, payable to Rex Venture LLC ID TINARUTLAND in the amount of $1,000.00.

Signed: May 26, 2020

Graham C. Mullen
United States District Judge