IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) No. 3:12-CV-519 |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | )<br>)<br>) |
| Defendants, | )<br>) |

**ORDER**

THIS MATTER is before the Court upon the request of the Receiver for an order instructing Unclaimed Property Division of the State of Colorado Department of the Treasury ("Colorado Unclaimed Property Division") to pay to the Receiver all unclaimed funds being held that originated from cashier's checks, certified checks, teller checks and money orders that were made payable to Rex Venture Group, LLC, Zeek Rewards, or any close variation thereof, including but not limited to the specific cashier's checks, certified checks, teller checks and money orders included in the claim submitted by the Receiver on or about April 22, 2020, designated Claim ID 5797556.

The Court finds that its August 17, 2012 Order already requires that the Colorado Unclaimed Property Division pay all funds in its possession, custody or control from uncashed cashier's checks, certified checks, teller checks and money orders made payable to Rex Venture Group, LLC, Zeek Rewards, or any close variation thereof, to the Receiver. The Court further finds that the properties included in the Claim ID 5797556 are Receivership Property and should

1

be paid to the Receiver. Nevertheless, in the interest of facilitating a prompt payment of the Receiver's claim, the Court will agree to issue another order specific to these properties to the Colorado Unclaimed Property Division.

IT IS, THEREFORE, ORDERED that the Colorado Unclaimed Property Division pay to the Receiver, within twenty-one (21) days of receipt of this Order, all funds in its possession, custody or control from uncashed cashier's checks, certified checks, teller checks, and money orders made payable to Rex Venture Group, LLC, Zeek Rewards, or any close variation thereof, including, but not limited to, those funds or properties associated with Claim ID 5797556 as identified below:

- Property ID 15323486, cashier's check, Bank of Colorado, payable to Rex Venture Group in the amount of $1,960.00.
- Property ID 15639339, cashier's check, Keybank National Association, payable to Rex Venture Group LLC in the amount of $3,700.00.
- Property ID 16601124, cashier's check, Denver Community Credit Union, payable to Rex Venture Group LLC Account in the amount of $1,000.00.
- Property ID 16809625, cashier's check, FirstBank, payable to Rex Venture Group in the amount of $175.00.
- Property ID 16809626, cashier's check, FirstBank, payable to Rex Venture Group in the amount of $975.00.
- Property ID 16809627, cashier's check, FirstBank, payable to Rex Venture Group LLC Account in the amount of $3,920.00.
- Property ID 16874613, cashier's check, Wells Fargo Bank, N.A., payable to Rex Venture Group LLC in the amount of $100.00.
- Property ID 18127506, money order, Wells Fargo Bank, N.A., payable to Rex Venture Group LLC in the amount of $1,000.00.
- Property ID 18127507, money order, Wells Fargo Bank, N.A., payable to Rex Venture Group LLC in the amount of $500.00.

Signed: October 20, 2020

Graham C. Mullen
United States District Judge