IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | )<br>) No. 3:12-CV-519 |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**ORDER**

THIS MATTER is before the Court upon the request of the Receiver for an order instructing the Unclaimed Property Division of the North Carolina Department of State Treasurer ("North Carolina Unclaimed Property Division") to pay to the Receiver all unclaimed funds being held that originated from cashier's checks, certified checks, teller checks and money orders that were made payable to Rex Venture Group, LLC, Zeek Rewards, or any close variation thereof, including but not limited to, the specific cashier's checks, certified checks, teller checks and money orders included in the claims submitted by the Receiver and designated as Claim ID 9512467.

The Court finds that its August 17, 2012 Order already requires that the North Carolina Unclaimed Property Division pay all funds in its possession, custody or control from uncashed cashier's checks, certified checks, teller checks and money orders made payable to Rex Venture Group, LLC, Zeek Rewards, or any close variation thereof, to the Receiver. The Court further finds that the properties included in the Claim ID 9512467 are Receivership Property and should

1

be paid to the Receiver.  Nevertheless, in the interest of facilitating a prompt payment of the Receiver's claim, the Court will agree to issue another order specific to these properties to the North Carolina Unclaimed Property Division.

IT IS, THEREFORE, ORDERED that the North Carolina Unclaimed Property Division pay to the Receiver, within twenty-one (21) days of receipt of this Order, all funds in its possession, custody or control from uncashed cashier's checks, certified checks, teller checks, and money orders made payable to Rex Venture Group, LLC, Zeek Rewards, or any close variation thereof, including, but not limited to, those funds or properties associated with Claim ID 9512467 as identified below:

- Property ID 18479376, cashier's check, Banner Bank, payable to Rex Venture Group LLC, in the amount of $5,000.00.
- Property ID 19125857, cashier's check, Bank of America – Maryland, payable to Rex Venture Group LLC, in the amount of $100.00.
- Property ID 19583436, cashier's check, Mabrey Bank, payable to Rex Venture Group, Kenneth D. Bell, Receiver, in the amount of $3,518.00.
- Property ID 19708160, cashier's check, Horizon Credit Union, payable to Rex Venture Group LLC Account, in the amount of $1,000.00.
- Property ID 20005029, cashier's check, Bank of America – Georgia, payable to Rex Venture Group LLC, in the amount of $5,000.00.
- Property ID 20005138, cashier's check, Bank of America – Illinois, payable to Rex Venture Group LLC, in the amount of $400.00.

Signed: February 9, 2021

Graham C. Mullen
United States District Judge