IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>  Defendants. | Case No. 3:12-cv-519 |

## ORDER DISSOLVING FREEZE

This matter is before the Court upon Non-party Banca Comerciala Victoriabank SA's ("Victoriabank") Motion for Dissolution of the February 12, 2016 Order Freezing Assets. Victoriabank renews its request that the Court unfreeze $13,174,015.48 in funds held at Victoriabank's correspondent bank account at the Bank of New York Mellon in New York. For the reasons stated in open court on October 1, 2019, now having been affirmed by the United States Court of Appeals for the Fourth Circuit,

IT IS THEREFORE ORDERED that Victoriabank's Motion is GRANTED. The February 12, 2016 Freeze Order ([ECF No. 470]) is hereby immediately dissolved as to Victoriabank.

Signed: February 23, 2021

Graham C. Mullen
United States District Judge