# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>    Defendants. | Civil Action No. 3:12 cv 519 |

## ORDER APPROVING RECEIVER'S MOTION TO AUTHORIZE FINAL DISTRIBUTION

This matter is before the Court upon the Receiver's Motion to Authorize a Final Distribution (the "Motion"). The Motion seeks approval for the Receiver to make a final distribution to claimants in accordance with the procedures for distributions previously set forth by this Court in its Order Approving Distribution Procedures and Certain Other Related Relief (the "Distribution Order") (Doc. No. 199).

After reviewing and considering the Motion, and upon all of the proceedings had before this Court, and for good cause shown, the Motion is hereby GRANTED.

IT IS HEREBY FOUND, DETERMINED, ORDERED, ADJUDGED, AND DECREED, AS FOLLOWS:

    1.    The notice of the Motion sent via electronic mail to all entities that have provided e-mail addresses and fully submitted Claims on the Claim Portal constitutes good and sufficient notice of the Motion and all the relief sought therein.

1

2. The Receiver is authorized, but not directed, to make a final distribution directly to claimants in accordance with the procedures set forth in the Distribution Order and as set forth in the Motion.

3. The Receiver shall reserve sufficient funds to pay all the costs, fees and expenses incurred in administering the Receivership Estate in accordance with orders of this Court.

Signed: October 12, 2021

Graham C. Mullen
United States District Judge