# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. 3:12 cv 519 |
| vs. | |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | |
| Defendants. | |

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter is before the Court upon the Receiver's Motion for Order Administratively Closing Case (the "Motion"). The Motion seeks an order of this Court authorizing the Receiver to administratively close the case.

After reviewing and considering the Motion, and upon all of the proceedings had before this Court, and for good cause shown, the Motion is hereby GRANTED.

IT IS HEREBY FOUND, DETERMINED, ORDERED, ADJUDGED, AND DECREED, AS FOLLOWS:

1.      The notice of the Motion sent via electronic mail to all entities that have provided e-mail addresses and fully submitted Claims on the Claim Portal constitutes good and sufficient notice of the Motion and all the relief sought therein.

2.      The Motion is GRANTED.

3.      The receivership and this case are hereby administratively closed, effective as of

1

October 7, 2021, while the Receiver completes the administration of the RVG Estate (as such term is defined in the Motion) in accordance with the mandates of the receivership and makes the final distribution.

      4.      The Receiver and its agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

Signed: October 12, 2021

Graham C. Mullen
United States District Judge

2