IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REX VENTURES GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS,<br><br>　　　　Defendants. | Civil Action No. 3:12 cv 519 |

## ORDER

This matter is before the Court upon the Receiver's Application for Fees and Expenses by the Receiver and His Advisors for the Final Billing Period, filed August 1, 2022 (the "Application"). The Court has considered the Application and for good cause shown, **IT IS ORDERED, ADJUDGED AND DECREED** that:

1. The Receiver's Application is **GRANTED**.

2. The Receiver and McGuireWoods LLP **SHALL BE AWARDED** an allowance of $57,459.14 for legal services rendered during the Final Billing Period, and $520.00 for the reimbursement of expenses incurred during the same period.

3. FTI Consulting, Inc. **SHALL BE AWARDED** an allowance of $39,429.00 (of which $7,885.50 will be held back) for services rendered during the Final Billing Period.

4. The remaining $1,519,278.07 holdback owed to McGuire Woods LLP be released as follows: $275,000.00 to be allotted for distribution to injured investors, and $1,244,278.07 to be released to McGuire Woods LLP.

5. The Receivership Estate **IS HEREBY AUTHORIZED** to immediately pay such amounts and reimburse McGuireWoods LLP and FTI Consulting, Inc. for approved expenses.

6. The Receivership Estate is authorized to pay FTI's fees going forward, as its final distribution work is invoiced to the Receivership Estate.

Signed: August 15, 2022

Graham C. Mullen
United States District Judge