UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>    v.<br><br>REX VENTURE GROUP LLC<br>d/b/a ZEEKREWARDS.COM, and<br>PAUL R. BURKS,<br><br>       Defendants. | Civil Action No.<br>3:12-cv-00519-GCM |

# FINAL JUDGMENT AS TO
# DEFENDANT REX VENTURE GROUP LLC

THIS CAUSE comes before the Court on the Securities and Exchange Commission's and the Receiver's Joint Motion for Entry of Final Judgment.

On August 17, 2012, the SEC filed this emergency action to halt the fraudulent unregistered offer and sale of securities through investment contracts in a combined Ponzi and Pyramid scheme perpetrated by Defendants Rex Venture Group LLC ("RVG") d/b/a www.ZeekRewards.com ("ZeekRewards") and its principal, Paul Burks (collectively, "Defendants"). Compl. ¶1. The ZeekRewards website and all other operations of RVG were shut down after entry of consent judgments that fully resolved the Commission's claims against Burks and partially resolved its claims against RVG. *See* Docket Nos. 6, 8.

Contemporaneously, this Court entered an "Agreed Order Appointing Temporary Receiver and Freezing Assets of Defendant Rex Venture Group, LLC" ("Order Appointing Temporary Receiver") (Docket No. 4). The Receiver recently made a final distribution to

injured investors, and his work is now essentially complete. *See* Docket No. 819 (Status Report). Therefore, it is appropriate to resolve the Commission's outstanding claims against RVG as follows:

**I.**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the appropriate amount of disgorgement to be imposed on RVG is $548,500,000, representing the difference between the amount raised from investors and the amount paid to investors before the scheme was halted, plus prejudgment interest of $268,933,786 (calculated at the standard rate from the filing of the Complaint through the present), which amounts shall be deemed satisfied by the Receiver's recovery of funds for the benefit of investors in this case and the series of distributions made to investors by the Receiver, with any remaining funds currently held by the Receiver to be turned over to the Commission for transfer to the U.S. Treasury.

There being no just reason for delay, the Clerk of Court is hereby directed, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, to enter this Final Judgment.

Signed: April 3, 2023

Graham C. Mullen
United States District Judge