IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) No. 3:12-CV-519 |
| REX VENTURE GROUP, LLC d/b/a ZEEKREWARDS.COM, and PAUL BURKS, | ) ) ) ) |
| Defendants, | ) ) ) |

**ORDER**

THIS MATTER is before the Court upon the Receiver's Motion for an Order Terminating the Receivership and Related Relief. For the reasons set forth in the Motion and for good cause, the Court hereby ORDERS that:

1. The Receiver's final accounting and report are APPROVED;

2. The Receiver is hereby AUTHORIZED to transfer to the SEC all remaining recovered Receivership funds, totaling $3,506,726.37, for ultimate transfer to the U.S. Treasury;

3. The Receiver is hereby AUTHORIZED to destroy and dispose of all Receivership business records and other documents belonging to the Receivership entities; and

4. The Receiver and his retained professionals are hereby DISCHARGED of all further duties and obligations in connection with the Receivership Estate.

SO ORDERED.

Signed: May 8, 2023

Graham C. Mullen
United States District Judge